| JS 44 (Rev. 07/89) | CIVIL COVER SHEET |
|---|---|

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I (a) PLAINTIFFS
RONALD P. MARANGI
and ERMA K. MARANGI

### DEFENDANTS
GOVERNMENT OF GUAM

**03-00039**

**RECEIVED NOV 20 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910

ATTORNEYS (IF KNOWN)
Douglas B. Moylan
Attorney General
OFFICE OF THE ATTORNEY GENERAL OF GUAM
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagatna, Guam USA 96910

### II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

### IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Internal Revenue Code §7430

Permanent Injunction requiring Defendant to release tax levy and for costs of suit.

### V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

### VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

**DEMAND** $ NO DOLLAR DEMAND

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

### VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 11-20-03 | STEVEN A. ZAMSKY, ESQ., ZAMSKY LAW FIRM |

UNITED STATES DISTRICT COURT

**ORIGINAL**

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

IN THE DISTRICT COURT OF GUAM

RONALD P. MARANGI
and ERMA K. MARANGI,

      Plaintiffs,

vs.

GOVERNMENT OF GUAM,

      Defendant.

CIVIL CASE NO. CIV 03-00039

COMPLAINT FOR INJUNCTION, COSTS OF SUIT, AND DAMAGES

**COMES NOW**, Plaintiff Ronald P. Marangi and Erma K. Marangi (hereinafter "**Plaintiffs**") and allege as follows:

**JURISDICTION**

1. The subject to this lawsuit concerns the administration of the Internal Revenue Code by the Government of Guam acting by and through its Department of Revenue & Taxation and (hereinafter "**Defendant**"). As such this court has sole jurisdiction by virtue of §1421i(k) of the Organic Act of Guam (48 USC §1421i(k)).

ORIGINAL

Page 2
Complaint for Injunction, Costs of Suit, and Damages
Ronald P. Marangi, et al. v. Government of Guam

## RELEVANT FACTS

2. For the tax year 1996 Plaintiffs were residents of Guam USA and were required to file their income tax return with the Defendant.

3. On or about August 5, 1997 Plaintiffs timely filed their tax return for tax year 1996.

4. Plaintiffs thereafter left Guam USA and returned to the Mainland, United States. Plaintiff Ronald P. Marangi, thereafter, from time to time, would come to Guam USA.

5. On or about July 11, 2000 the Department of Revenue & Taxation issued a letter addressed to Plaintiffs' Guam post office box requiring Plaintiffs to meet on July 19, 2000 with representatives of Defendant to review the tax return.

6. Plaintiff Ronald P. Marangi did not receive Defendant's letter until July 24, 2000. He then called representatives of Defendant and informed them that he did not have the information on Guam but that it was in the Mainland, but that he would be returning in October and would bring the information with him then and meet with Defendant's representatives. The Defendant's representatives agreed.

7. On or about August 7, 2000, Plaintiffs retained Robert Steffy, a local Certified Public Accountant, to represent their interest with the Defendant. Mr. Steffy did have contact with the Defendant.

///

///

///

Page 3
Complaint for Injunction, Costs of Suit, and Damages
Ronald P. Marangi, et al. v. Government of Guam

8. On August 4, 2000, the Defendant issued its Notice of Deficiency without any further contact or communication with either Plaintiffs or Mr. Steffy and before the agreed time for Plaintiffs and Defendant to meet. It was sent to the Guam mailbox even though Defendant knew of Plaintiff's new address.

9. The Defendant never did issue a Notice of its Intent to Levy.

10. On March 26, 2002 Defendant made its assessment for the tax subject of the levy.

11. On September 12, 2002 the Defendant filed a levy on Merrill, Lynch, Pierce, Fenner & Smith, Inc. (hereinafter **"Merrill, Lynch"**) in New York where Plaintiffs had assets. The amount of that levy was in the amount of $76,702.00.

12. Thereafter the Department of Revenue & Taxation issued a partial release of the levy leaving approximately $43,850.00 subject to the levy.

13. Merrill, Lynch did not release the funds to the Defendant but put the funds on hold with the result that Plaintiffs could not invest those funds or withdraw them or otherwise have access or use with them.

14. Despite repeated requests, the Defendant has refused and neglected to release the balance of the levy even though in October or November of 2002 representatives of the Defendant told Mr. Steffy that they would do so.

15. Plaintiffs have incurred costs and expenses including accounting and attorneys fees and will continue to incur accounting and attorneys fees in this litigation.

Page 4
Complaint for Injunction, Costs of Suit, and Damages
Ronald P. Marangi, et al. v. Government of Guam

# FIRST CAUSE OF ACTION

## PERMANENT INJUNCTION

16. The existence of the levy has and will continue to cause irreparable damage to Plaintiffs for which there is no remedy at law.

17. The levy is wrongful because:

   (a) Defendant has no jurisdiction to issue a levy outside of Guam USA;

   (b) No Notice of Intent to Levy was given nor was Plaintiffs advised of their rights to a Collection Due Process Hearing; and

   (c) The assessment for the tax subject to the levy was time barred.

18. Plaintiffs qualify for the exception in Internal Revenue Code ("IRC") §7421 to the general prohibition against injunctions in tax matters.

19. Defendant is not entitled to the tax which are represented by the levy.

20. Defendant should be enjoined and directed to release said levy.

## SECOND CAUSE OF ACTION

## DECLARING THE NOTICE OF DEFICIENCY VOID

21. Plaintiffs realleges the allegations contained in paragraphs 1 through 20 above.

22. Defendant's actions in notifying Plaintiffs of the audit and the issuing the Notice of Deficiency are in violation of the law.

23. The Notice of Deficiency should be declared void and Defendant should be enjoined and directed to reopen the 1996 tax return for audit.

Page 5
Complaint for Injunction, Costs of Suit, and Damages
Ronald P. Marangi, et al. v. Government of Guam

## THIRD CAUSE OF ACTION

## LITIGATION COSTS

24. Plaintiffs realleges the allegations contained in paragraph 1 through 23 above.

25. Defendant has waived any requirement for further proceedings to be had by Plaintiffs with the Defendant.

26. Plaintiffs have exhausted all administrative remedies and all applicable time periods have run.

27. Plaintiffs have incurred and will continue to incur accounting fees, attorneys fees, and other costs of this litigation for which they are entitled to judgment against Defendant as provided in IRC §7430 upon the entry thereof in such amount as shall be determined according to proof.

**WHEREFORE**, Plaintiffs pray for judgment and order against Defendant as follows:

1. Enjoining and directing Defendant through its Department of Revenue & Taxation to immediately release the levy which it has filed with Merrill Lynch of New York.

2. Declaring the Notice of Deficiency void and enjoining and directing Defendant to reopen the 1996 tax return for audit.

///

///

///

///

Page 6
Complaint for Injunction, Costs of Suit, and Damages
Ronald P. Marangi, et al. v. Government of Guam

3. For an award for accounting fees and attorneys fees and other qualified litigation costs which Plaintiffs have incurred as of the date of the entry of judgment.

4. For such other relief as this Court deems just and proper.

Dated this __20__ day of **November 2003**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiffs**
Ronald P. Marangi and Erma K. Marangi

By: _____
STEVEN A. ZAMSKY

Page 7
Complaint for Injunction, Costs of Suit, and Damages
Ronald P. Marangi, et al. v. Government of Guam

# VERIFICATION

STATE OF CALIFORNIA  ) 
) ss:
COUNTY OF Tulare  )

We, **Ronald P. Marangi and Erma K. Marangi**, being first duly sworn do state that we are the **Plaintiffs** in the above entitled action, that I have read the foregoing **Complaint for Injunction, Costs of Suit, and Damages** and that the same is true of our own knowledge except as to those matters which are stated to be upon information and belief and as to those matters, we believe them to be true.

Dated this 10th day of **November 2003**.

_____
RONALD P. MARANGI, Plaintiff

_____
ERMA K. MARANGI, Plaintiff

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for the State of California, this 10th day of **November**, by **Ronald P. Marangi and Erma K. Marangi**.

_____
NOTARY PUBLIC

Z8(0496.00)\PLD\P#2051



CECILIA MENDEZ
COMM. #1406199
NOTARY PUBLIC - CALIFORNIA
TULARE COUNTY
My Comm. Expires Mar. 18, 2007

# United States District Court

_____ DISTRICT OF __GUAM USA__ _____

RONALD P. MARANGI
and ERMA K. MARANGI,

            Plaintiffs,

          V.

GOVERNMENT OF GUAM,

            Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **03-00039**

ACKNOWLEDGED RECEIPT

By: _(signature)_
Date: 11-20-03

TO: (Name and Address of Defendant)     GOVERNMENT OF GUAM

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
     Steven A. Zamsky, Esq.
     ZAMSKY LAW FIRM
     Suite 805, GCIC Building
     414 West Soledad Avenue
     Hagatna, Guam USA 96910
     Telephone: (671) 477-3637
     Facsimile: (671) 472-1584

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY L. M. MORAN
Clerk Of Court

NOV 20 2003

CLERK                                              DATE

/s/ Leilani R. Toves Hernandez                        COPY
BY DEPUTY CLERK