Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. CIV03-00039<br><br>MOTION FOR PRELIMINARY INJUNCTION BY PLAINTIFFS RONALD P. MARANGI AND ERMA K. MARANGI |

**COMES NOW**, Plaintiffs Ronald P. Marangi and Erma K. Marangi (hereinafter "**Plaintiffs**"), by and through their attorneys of record, Steven A. Zamsky, Esq. of the Zamsky Law Firm, and moves this Court for an Order of Preliminary Injunction against Defendant Government of Guam requiring it to release the account of Plaintiffs with Merrill, Lynch, Pierce, Fenner & Smith, Inc. from its Levy.

///

///

///

ORIGINAL

Page 2
Motion for Preliminary Injunction By Plaintiffs Ronald P. Marangi and Erma K. Marangi
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

This Motion is supported by the Memorandum of Points and Authorities filed herewith and the papers and pleadings on file.

Dated this 26 day of **November 2003**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiffs**
　Ronald P. Marangi and Erma K. Marangi

By: _____
　　　STEVEN A. ZAMSKY

Z8(0496.00)\PLD\P#2072