Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584



Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, | CIVIL CASE NO. CIV03-00039 |
| Plaintiffs, | |
| vs. | AGREEMENT OF HEARING DATE |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Steven A. Zamsky, Esq., am the attorney for Plaintiffs Ronald P. Marangi and Erma K. Marangi.

2. On November 25, 2003 at 10:30 a.m. and 4:15 p.m., I attempted to contact the opposing counsel Douglas B. Moylan, Guam Attorney General, and attorney for Defendant Government of Guam (hereinafter **"Defendant"**) to agree upon a date of oral argument of Plaintiffs' Motion for Preliminary Injunction filed herewith.

ORIGINAL

3. As of 11:00 o'clock a.m., November 26, 2003, I have not heard from Defendant's counsel and suggest that said Motion be heard on **December 19, 2003**, at the hour of **10:00 o'clock a.m**. I will continue to attempt coordination with Defendant's counsel and will advise the Court if a different date is agreed to.

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

Dated this 26 day of **November 2003**.

        **ZAMSKY LAW FIRM**
        **Attorneys for Plaintiffs**
        Ronald P. Marangi and Erma K. Marangi

        By: _____
             STEVEN A. ZAMSKY

Z8(0496.00)\PLD\P#2073