Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584



Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. CIV03-00039 <br><br> CERTIFICATE OF SERVICE |

I, Steven A. Zamsky, hereby certify that on the **26th** day of **November 2003**, I will cause to be served by hand delivery true and correct copies of the following:

1. Motion for Preliminary Injunction by Plaintiffs Ronald P. Marangi and Erma K. Marangi;

2. Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction by Plaintiffs Ronald P. Marangi and Erma K. Marangi;

3. Affidavit of Ronald P. Marangi in Support of Motion for Preliminary Injunction; and

4. Agreement of Hearing Date;

ORIGINAL

Page 2
Certificate of Service
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

upon **Douglas B. Moylan, Guam Attorney General, OFFICE OF THE ATTORNEY GENERAL**, Suite 2-200E, Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam USA 96910, **Attorneys for Defendant Government of Guam**.

Dated this **26th** day of **November 2003**.

*/s/ Steven A. Zamsky*
STEVEN A. ZAMSKY

Z8(0496.00)\PLD\P#2090