# United States District Court

DISTRICT OF __GUAM USA__

FILED
DISTRICT COURT OF GUAM
NOV 28 2003
MARY L. M. MORAN
CLERK OF COURT

RONALD P. MARANGI
and ERMA K. MARANGI,

        Plaintiffs,

V.

GOVERNMENT OF GUAM,

        Defendant.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: __03-00039__

(7)

TO: (Name and Address of Defendant)   GOVERNMENT OF GUAM

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910
Telephone: (671) 477-3637
Facsimile: (671) 472-1584

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY L. M. MORAN
Clerk Of Court

CLERK

[signature]

BY DEPUTY CLERK

DATE __NOV 20 2003__

ORIGINAL

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/24/03 |
| NAME OF SERVER (PRINT) David A. Punzala | TITLE DUSM |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Secretary / and see attached_

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/24/03
_Date_

_Signature of Server_

Hagatna, G_
_Address of Server_

# United States District Court

DISTRICT OF __GUAM USA__

RONALD P. MARANGI
and ERMA K. MARANGI,

        Plaintiffs,

      V.

GOVERNMENT OF GUAM,

        Defendant.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: **03-00039**

TO: (Name and Address of Defendant)    GOVERNMENT OF GUAM

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910
Telephone: (671) 477-3637
Facsimile: (671) 472-1584

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



(Asst)
RECEIVED
NOV 24 2003
DEPT. OF
DIRECTOR
INITIAL

(Secretary)
**RECEIVED**
NOV 2 4 2003
ATTORNEY GENERAL'S OFFICE

MARY L. M. MORAN
Clerk Of Court
CLERK

NOV 20 2003
DATE

/s/ Leilani R. Toves Hernandez
BY DEPUTY CLERK

# U.S. Department of Justice
# United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI | 03-00039 |
| DEFENDANT | TYPE OF PROCESS |
| GOVERNMENT OF GUAM | SERVICE OF SUMMONS AND COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Douglas B. Moylan, Attorney General, Office of the Attorney General of Guam

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive, Hagatna, Guam USA 96910

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910
Telephone: (671) 477-3637

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE(1) |
| Number of parties to be served in this case | ONE(1) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

REQUEST FOR PERSONAL SERVICE OF COPIES OF SUMMONS and COMPLAINT FOR INJUNCTION, COSTS OF SUIT, AND DAMAGES (ATTACHED HERETO) UPON THE ABOVE NAMED.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

STEVEN A. ZAMSKY

TELEPHONE NUMBER: (671) 477-3637
DATE: 11-20-03

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | ONE(1) | No. 093 | No. 093 | | 11/20/03 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above): Secretary of the Attorney General

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/24/03  Time: 2:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 1.44 | | 46.44 | 100.00 | | |

REMARKS:

**RECEIVED**
NOV 28 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI | 03-00039 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| GOVERNMENT OF GUAM | SERVICE OF SUMMONS AND COMPLAINT |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Artemio Illagan, Director, Department of Revenue & Taxation, Government of Guam

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Post Office Box 23607
Guam Main Facility, Barrigada, Guam USA 96921

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910
Telephone: (671) 477-3637

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE(1) |
| Number of parties to be served in this case | ONE(1) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

REQUEST FOR SERVICE BY MAIL OF COPIES OF SUMMONS and COMPLAINT FOR INJUNCTION, COSTS OF SUIT, AND DAMAGES (ATTACHED HERETO) UPON THE ABOVE NAMED.
(VIA CERTIFIED MAIL – RETURNED RECEIPT REQUESTED)

Signature of Attorney or other Originator requesting service on behalf of: STEVEN A. ZAMSKY
[X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (671) 477-3637
DATE: 11-20-03

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| ONE(1) | No. 093 | No. 093 | | 11/20/03 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/24/03    Time: 2:40 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | $3.60 | | 48.60 | 100.00 | |

REMARKS: 10 miles roundtrip

**RECEIVED NOV 28 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM**

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)