Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. CIV03-00039 <br><br> AMENDED AGREEMENT OF HEARING DATE |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. Steven A. Zamsky, Esq. of the Zamsky Law Firm, attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi and Eric A. Heisel, Assistant Attorney General, Office of the Attorney General, attorneys for Defendant Government of Guam have agreed that oral argument of Plaintiffs' Motion for Preliminary Injunction shall be heard on **January 09, 2004**, at the hour of 10:00 o'clock a.m..

///

///

ORIGINAL

2. That Steven A. Zamsky, Esq. call the Deputy Clerk of Court to ensure that the Court is available on the above date.

Dated this ____ day of **December 2003**.

**ZAMSKY LAW FIRM**
Attorneys for Plaintiffs
Ronald P. Marangi and Erma K. Marangi

By: _/s/ Steven A. Zamsky_
STEVEN A. ZAMSKY

**OFFICE OF THE ATTORNEY GENERAL**
Attorneys for Defendant Government of Guam

By: _/s/ Eric A. Heisel_
ERIC A. HEISEL
Assistant Attorney General

Dated: 12-1-03

Z8(0496.00)\PLD\P#2091