Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, | CIVIL CASE NO. CIV03-00039 |
| Plaintiffs, | |
| vs. | CERTIFICATE OF SERVICE |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

I, Steven A. Zamsky, hereby certify that on the **1st** day of **December 2003**, I will cause to be served by hand delivery a true and correct copy of the **Amended Agreement of Hearing Date** upon **Eric A. Heisel, Assistant Attorney General, Office of the Attorney General**, Suite 2-200E, Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam USA 96910, **Attorneys for Defendant Government of Guam**.

Dated this 1st day of **December 2003**.

_____
STEVEN A. ZAMSKY

Z8(0496.00)\PLD\P#2092

ORIGINAL