

**Office of the Attorney General
Douglas B. Moylan**
Attorney General of Guam
**Solicitors Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam



# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, | CIVIL CASE NO. CIV 03-00039 |
| Plaintiffs, | DECLARATION OF KENNETH BENAVENTE |
| vs. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

I, Kenneth Benavente, declare under penalty of perjury that the following statements are true to the best of my knowledge and recollection:

1. I am a Revenue Officer III at the Collection Branch of the Department of Revenue and Taxation, Government of Guam.

2. On April 24, 2002, the Collection Branch issued a Notice of Intent to Levy, seeking to levy against property owned by plaintiffs to pay the tax deficiency that they owed to the Government of Guam. A copy of the notice is attached as Exhibit J to this declaration. I sent the notice to plaintiffs' last known address – 790 N. Marine Drive, PMB 886, Tumon, Guam 96911. To the best of my knowledge, as of that date, plaintiffs had still not sent the department an updated address.

3. When plaintiffs did not respond to the Notice of Intent to Levy, on September 12, 2003, I issued a Notice of Levy and served it on Merrill Lynch, Pierce, Fenner & Smith, Inc., 300 Davidson

1 Avenue, Somersett, New Jersey 08873, where plaintiffs had an account. At a later date, the
2 department partially discharged the amount of the levy to $43,850.00, the amount of the principal
3 tax owed.

4. To date, Merrill Lynch has not sent any of plaintiffs' funds to the department pursuant to the levy. However, Merrill Lynch is holding the funds and is not allowing plaintiffs to have access to the funds.

DATE: 12/26/03

_____
KENNETH BENAVENTE

GOVERNMENT OF GUAM
Department of Revenue and Taxation
P.O. Box 23607
Barrigada, Guam 96921

MARANGI RONALD P & ERMA K
790 N MARINE DR
PMB 886
TUMON GU 96911

Date of This Notice :   04/24/02
Taxpayer Id No (TIN):   --
Form   Type          :   4549A
Tax Period           :   12/31/96
Balance (Prior Ntc)  :   74,478.30
Additional Penalty   :        .00
Additional Interest  :     614.61
Ending Balance       :   75,092.91
Contact Phone Number:   475-1852

## FINAL NOTICE
### NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
### PLEASE RESPOND IMMEDIATELY

Our records still show an outstanding liability. We previously asked you to pay this, but we still have not received your payment. This letter is your notice of our intent to levy under Guam Territorial Income Tax Law (IRC) Section 6331 and your right to receive Appeals consideration under IRC Section 6330.

We may file a Notice of Guam Territorial Income Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has the right to your current assets, including any assets you acquire after we file the lien.

If you do not pay the amount you owe, make alternative arrangements to pay or request Appeals consideration within 30 days from the date of this letter. We may take your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, wages, commissions, and other income. We have enclosed Publication 594 and Publication 1660 explaining your right to appeal.

To prevent collection action, please send your full payment today. Make your check or money order payable to the Treasurer of Guam. Write your social security number or employer identification number on your payment. Send your payment to P.O. Box 23607, GMF, GU 96921 **ATTN: COLLECTIONS BRANCH.**

If you have recently paid this tax or you cannot pay it, call us immediately at the telephone number shown at the top of this letter and let us know.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we have received since we sent our last notice to you.

RO CODE : CB23

Sincerely,

GEORGE V. CRUZ
Director of Revenue and Taxation

BY : _____
REVENUE OFFICER

7001 1140 0002 4391 0793

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, January 2001 — See Reverse for Instructions

