

**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
**Solicitors Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com ● law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



FILED
DISTRICT COURT OF GUAM
DEC 29 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, | CIVIL CASE NO. CIV 03-00039 |
| Plaintiffs, | DECLARATION OF COLLEEN MENO |
| vs. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

I, Colleen Meno, declare under penalty of perjury that the following statements are true to the best of my knowledge and recollection:

1. I am a Revenue Agent at the Examination Branch of the Department of Revenue and Taxation, Government of Guam.

2. On March 18, 1997, plaintiffs filed an Application for Automatic Extension of Time to File U.S. Individual Income Tax Return (1996 Form 4868) with the Department of Revenue and Taxation, Government of Guam, seeking a four-month extension for filing their income tax return for tax year 1996. A copy of this application is attached as Exhibit A to this declaration

3. Plaintiffs filed their 1996 income tax return on August 5, 1997, within the four-month extension.

Page 1
Declaration of Colleen Meno
District Court Civil Case CIV 03-00039                          F:\Civil Litigation\eheisel\03.0441.P03

ORIGINAL

4. In 2000, the department selected plaintiffs' 1996 tax return for an audit examination. I sent plaintiffs a Notice of Examination, dated July 11, 2000. A copy of this notice is attached as Exhibit B to this declaration. The notice was sent to the last known address that the department had for plaintiffs – 790 N. Marine Drive #866, Tumon, Guam 96911.

5. Plaintiffs did not show up for their July 19, 2000 appointment.

6. On July 24, 2000, plaintiff Ronald Marangi telephoned me. Mr. Marangi informed me that his wife and he were off-island and would not be back until October 2000. He said that they would call the department when they arrived in October. I told Mr. Marangi that the statute of limitations was running out for the department to issue a Notice of Deficiency. Mr. Marangi agreed to sign and return Form 872, entitled "Consent to Extend the Time to Assess Tax." I told Mr. Marangi that the form had to be signed by August 4, 2000, because the three-year statute of limitations would run out on August 5, 2000. Mr. Marangi gave me a Guam fax number where she could fax the form. Mr. Marangi did not give me a new residential or mailing address.

7. On July 24, 2000, Mr. Marangi faxed me a follow up letter. A copy of this letter is attached as Exhibit C to this declaration.

8. Plaintiffs never contacted the department in October 2000, nor, to date, have they ever submitted the documentation that the department requested.

9. On July 28, 2000, I faxed Mr. Marangi Form 872 to the Guam fax number he had given me. Attached as Exhibit D to this declaration are a copy of the form that I faxed, a copy of my transmittal sheet accompanying the form, and a copy of the fax confirmation sheet indicating that the fax was received.

10. Because the department did not receive Form 872 back from plaintiffs by August 4, 2000, and because the department was on the eve of the statute of limitations, I issued a Notice of Deficiency, dated August 4, 2000. The notice was sent to plaintiffs at their 790 N. Marine Drive, Tumon, Guam address because plaintiffs had not given the department an updated mailing address. A copy of the notice is attached as Exhibit E to this declaration. Also attached as part of Exhibit E is a copy of the Receipt for Certified Mail and a copy of Form 870.

11. The department subsequently issued a corrected Notice of Deficiency, showing that plaintiffs had until November 2, 2000 to file in District Court. Attached as Exhibit F to this declaration are a copy of the department's letter, entitled "Extension to File Petition," and a copy of the corrected Notice of Deficiency.

12. On August 7, 2000, the department was informed that Robert Steffy would be acting as plaintiffs' representative for the purpose of this tax dispute. I called Mr. Steffy's office on that date (August 7), but he was out. I left a message.

13. On August 10, 2000, Robert Steffy went to the department and met with me. Mr. Steffy gave me a copy of a power of attorney indicating that plaintiffs had executed it on August 8, 2000. *Id.* A copy of the power of attorney is attached as Exhibit G to this declaration. On the same date, Mr. Steffy signed the Consent to Extend the Time to Assess Tax (Form 872), the form that I had faxed earlier to Ronald Marangi. A copy of the form is attached as Exhibit H to this declaration.

14. When Mr. Steffy met with me on August 10, he informed me that at that time he did not have any of plaintiffs' documents that they needed to present for the audit examination, nor did he have a current address for plaintiffs.

15. I gave Mr. Steffy a copy of Form 872 on October 30, 2000. I did not hear anything further from Mr. Steffy until I met with him in December 2000. At that time, Mr. Steffy said that he had not been in contact with plaintiffs since he had last met with me and that he also did not have any of plaintiffs' documents needed for the audit examination.

16. The department waited another year before taking any collection action, to give plaintiffs an opportunity to respond. They never did. I called Mr. Steffy's office on November 29, 2001, but he was out. I left a message.

17. The Examination Branch issued another Notice of Deficiency on December 19, 2001. This time, the department addressed it to plaintiffs, in care of Robert Steffy, at Mr. Steffy's address on Guam. Attached as Exhibit I to this declaration are a copy of the notice, the certified mail receipt, the return receipt, showing that the letter was received by Sherrie Sampson on December 21, 2001, and the department's address on the return receipt, and Form 870.

18. On March 26, 2002, the department made its assessment for the tax deficiency.

19. To the best of my knowledge, prior to the issuance of the levy in this case, the most current address the department had for plaintiffs was 790 N. Marine Drive #866, Tumon, Guam 96911.

20. To the best of my knowledge, to date, plaintiffs have never forwarded any of the documents that I requested for the audit examination.


DATE: ___12/24/03___


_____
COLLEEN MENO

# 1996 Form 4868



**Department of the Treasury**
**Internal Revenue Service**

## General Instructions

### Purpose of Form

Use Form 4868 to apply for 4 more months to file Form 1040EZ, Form 1040A, or Form 1040.

To get the extra time you MUST:

- Properly estimate your 1996 tax liability using the information available to you,
- Enter your tax liability on line 6a of Form 4868, AND
- File Form 4868 by the regular due date of your return.

You are not required to send a payment of the tax you estimate as due. However, it will benefit you to pay as much as you can. Any remittance you send with your application for extension will be treated as a payment of tax.

You do not have to explain why you are asking for the extension. We will contact you only if your request is denied.

Do not file Form 4868 if you want the IRS to figure your tax or you are under a court order to file your return by the regular due date.

If you need an additional extension, see **If You Need Additional Time** on this page.

**Note:** *An extension of time to file your 1996 calendar year income tax return also extends the time to file a gift or generation-skipping transfer (GST) tax return (Form 709 or 709-A) for 1996.*

### Out of the Country

If you already had 2 extra months to file because you were a U.S. citizen or resident and were out of the country, use this form to obtain an additional 2 months to file. Write "Taxpayer Abroad" across the top of Form 4868. "Out of the country" means either (a) you live outside the United States and Puerto Rico and your main place of work is outside the United States and Puerto Rico, or (b) you are in military or naval service outside the United States and Puerto Rico.

### When To File Form 4868

File Form 4868 by April 15, 1997. Fiscal year taxpayers, file Form 4868 by the regular due date of the return.

If you had 2 extra months to file your return because you were out of the country, file Form 4868 by June 16, 1997, for a 1996 calendar year return.

### How To Send In Your Payment

- When sending a payment with Form 4868, use the addresses in the middle column under **Where To File** on page 2.
- Make your check or money order payable to "Internal Revenue Service" (not "IRS"). Do not send cash.
- Write your social security number, daytime phone number, and "1996 Form 4868" on the front of your check or money order.
- Do not staple or attach your payment to the form

### If You Need Additional Time

If the automatic extension does not give you enough time, you can ask for additional time later. But you will have to give a good reason, and it must be approved by the IRS. To ask for the additional time, you must either:

1. File Form 2688, Application for Additional Extension of Time To File U.S. Individual Income Tax Return, or

2. Explain your reason in a letter. Mail it to the address in the right column under **Where To File** on page 2.

File Form 4868 before you file Form 2688 or write a letter asking for more time. Only in cases of undue hardship will the IRS approve your request for an additional extension without receiving Form 4868 first. Ask early for this extra time. Then, you can still file your return on time if your request is not approved.

*Copy*

For Paperwork Reduction Act Notice, see page 3.

▼ **DETACH HERE** ▼

OMB No. 1545-0188

---

## Application for Automatic Extension of Time To File U.S. Individual Income Tax Return

**Form 4868**
Department of the Treasury
Internal Revenue Service

**1996**

| | |
|---|---|
| **1** Your name(s) (see instructions) | **3** Your social security number |
| RONALD V. + ERMA K. MORALES | |
| Address (see instructions) | **4** Spouse's social security no. |
| 790 N. MARINE DRIVE #886 | |
| City, town or post office, state, and ZIP code | |
| TUMON GUAM 96911 | |

**2a** Amount due — Add lines 6c, d, and e ▶ $ —0—

**b** Amount you are paying ▶ $ —0—

**5** I request an automatic 4-month extension of time to August 15, 1997, to file my individual income tax return for the calendar year 1996 or to _____, 19_____ for the fiscal tax year ending _____, 19_____

**6** Individual Income Tax Return — See instructions.

**Gift/GST Tax Return(s) — See instructions.**
Check here ONLY if filing a gift or GST tax return ........

Yourself ▶ ☐
Spouse ▶ ☐

**a** Total income tax liability for 1996 ...... $ 18907 —

**b** Total payments for 1996 ............. $ 19878 —

**c** Balance. Subtract 6b from 6a ..... $ —0—

**d** Your gift/GST tax payment .......... $ _____

**e** Your spouse's gift/GST tax payment .. $ _____

ISA
STF FED5325F.1

---

# EXHIBIT A

*Dipåttamenton Kontribusion yan Adu'åna*

**DEPARTMENT OF**

# REVENUE AND TAXATION

**GOVERNMENT OF GUAM**     *Gubetnamenton Guåhan*

CARL T.C. GUTIERREZ, Governor / *Maga'låhi*
MADELEINE Z. BORDALLO, Lt. Governor / *Tifiente Gubetnadora*

JOSEPH T. DUENAS, Director / *Direktot*
GEORGE V. CRUZ, Deputy Director
*Sigundo Direktot*

SSN:
Tax Form:      1040
Tax Year(s):  1996

**JUL 11 2000**

Ronald P. & Erma K. Marangi
790 N. Marine Drive #886
Tumon, GU  96911

### Notice of Examination

Dear Sir and/or Madam:

Your Guam Income Tax Return for the above period(s), has been selected for examination.  You are requested to confer with us at the Examination Branch office of the Department of Revenue and Taxation on ___**Wednesday, July 19, 2000**___ at the hour of ___**2:30 p.m.**___ regarding your return(s).  Our office is located in the Ada's Commercial & Professional Center, 215A Chalan Santo Papa, Suite 203-F, Hagatna, Guam.

You are requested to present any records relative to the following issue(s) for the year(s) under examination:

> **Schedule A:  Ad Valorum Taxes, Miscellaneous Deductions (Other Expenses)**
> **Schedule E:  Rent Income, Legal & Professional Fees, Management Fees**

Failure to make available for examination any such records will result in the adjustment or disallowance of such item(s).

If you cannot make this appointment, call this office immediately to reschedule to a more convenient time.  Our number is 475-1882.

Sincerely,

JOSEPH T. DUENAS, Director

BY: _____
Colleen S. Meno, Revenue Agent

Enclosures:
Pub. 1 – Your Rights as a Taxpayer

# EXHIBIT *B*

Post Office Box 23607, Guam Main Facility, Guam 96921 • Tel. / *Telifon*: (671) 475-1801/1785-89 • Fax / *Faks*: (671) 472-2643

Case 1:03-cv-00039     Document 12     Filed 12/29/2003     Page 6 of 22

Ronald P. Marangi
790 N. Marine Drive PMB 886
Tumon, Guam 96911

Colleen S. Meno
Revenue Agent
Revenue and Taxation
Government of Guam
PO Box 23607
GMF, Guam 96921

RE: Notice of Examination

Dear Ms. Meno,

As a follow up to our phone conversation this morning, July 24, 2000, I want to confirm that I received your Notice of Examination today. I have been traveling since June 30, 2000 and returned to Guam yesterday. Your request to review various documents relative to Tax Form 1040 for the 1996 Tax Year on July 19, 2000 was impossible for compliance, as I did not receive the notice until July 24, 2000.

My wife Erma and I are no longer full time residents of Guam. We moved our prime residence to California in December 1999. The records associated with the 1996 Tax Year are in storage in California. I travel to California approximately every two months. I will endeavor to collect the documents you request on my next trip to California.

I will contact your office for another appointment around October 1, 2000 or as soon as I return from California.

Sincerely,


Ronald P. Marangi

SS# 5.

# EXHIBIT C





Dipåttamenton Kontribusion yan Adu'ånå

**DEPARTMENT OF**

# REVENUE AND TAXATION

**GOVERNMENT OF GUAM**   **Gubetnamenton Guåhan**

CARL T.C. GUTIERREZ, Governor Maga'låhi
MADELEINE Z. BORDALLO, Lt. Governor Tiñente Gubetnadora

JOSEPH T. DUENAS, Director Direktot
GEORGE V. CRUZ, Deputy Director
Sigundo Direktot

Ufisinan I Direktot
Office of the Director

## FAX TRANSMITTAL SHEET

Fechan på'go na ha'åni:
TODAYS DATE: _July 28, 2000_

Kinubre __ påhina este na faks:
Total pages of this fax: _2_

Para:
FOR: _RONALD P. MARANGI_

Lugåt:
ADDRESS: _790 N. Marine Drive PMB 886, Tumon, GU 96911_

Numiron Faks:
FAX NO: _646-4487_

Ginen:
FROM: _Colleen S. Meno_

Suheto:
SUBJECT: _Extension_

Mås emfotmasion
ADDITIONAL INFORMATION

_This is a follow up to our phone conversation on July 24, 2000 regarding an extension of your 1996 Income Tax Return audit. Please fax Form 872 back in care of my attention before Aug. 5, 2000. Thank you._

Nina'faloffan as:
TRANSMITTED BY: _CSM_

=====================================================================================
The information contained in this facsimile transmission may be privileged and confidential. It is intended only for the use of the addressee named in this transmittal sheet. If you are not the intended recipient, or an employee responsible for delivering it to the intended recipient, any disclosure, distribution or photo copying of this facsimile transmission is strictly prohibited. If you have received this communication in error, please call us immediately by telephone (collect) so that we can arrange too retrieve the transmission.
=====================================================================================

# EXHIBIT D

Post Office Box 23607, Guam Main Facility, Guam 96921 • Tel. / Telifon: (671) 475-1801/1785-89 • Fax / Faks: (671) 472-2643

 

| Form **872**<br>(Rev. August 1988) | **Department of Revenue & Taxation**<br>**Consent to Extend the Time to Assess Tax** | In Reply Refer To:<br><br>SSN or EIN: |

In pursuance of the provisions of existing income tax laws enacted by Section 31 of the Organic Act of Guam,

**Ronald P. & Erma K. Marangi**
*(Name(s))*

taxpayer(s) of **790 N. Marine Drive #886, Tumon, GU  96911**
*(Number, Street, City or Town, State, Zip Code)*

and the Director of Revenue and Taxation consent and agree to the following:

(1) The amount of any Guam **Individual Income** tax due on any return(s) made by
*(Kind of Tax)*

or for the above taxpayer(s) for the period(s) ended **December 31, 1996**

may be assessed at any time on or before **August 15, 2001**. However, if a notice of deficiency
*(Expiration date)*

in tax for any such period(s) is sent to the taxpayer(s) on or before that date, then the time for assessing the tax will be further extended by the number of days the assessment was previously prohibited, plus 60 days.

(2) This Agreement ends on the earlier of the above expiration date or the assessment date of an increase in the above tax that reflects the final determination of tax and the final administrative appeals consideration. An assessment for one period covered by this agreement will not end this agreement for any other period it covers. Some assessments do not reflect a final determination and appeals consideration and therefore will not terminate the agreement before the expiration date. Examples are assessments of: (a) tax under a partial agreement; (b) tax in jeopardy; (c) tax to correct mathematical or clerical errors; (d) tax reported on amended returns; and (e) advance payments. In addition, unassessed payments, such as amounts treated by the Department as cash bonds and advance payments not assessed by the Department will not terminate this agreement before the expiration date.

(3) The taxpayer(s) may file a claim for credit or refund and the Department may credit or refund the tax within six (6) months after this agreement ends.

**(SIGNATURE INSTRUCTIONS ARE ON THE BACK OF THIS FORM)**

**MAKING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY
APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.**

YOUR SIGNATURE HERE ➞ _____    _____
*(Date Signed)*

SPOUSE'S SIGNATURE ➞ _____    _____
*(Date Signed)*

TAXPAYER'S REPRESENTATIVE
SIGN HERE ➞ _____    _____
*(Date Signed)*

CORPORATE NAME ➞ _____

CORPORATE ➞ _____    _____    _____
OFFICER(S)                                        *(Title)*                *(Date Signed)*
SIGN HERE ➞ _____    _____    _____
                                                  *(Title)*                *(Date Signed)*

_____    _____
**JOSEPH T. DUENAS, Director**         *(Date Signed)*
DEPARTMENT OF REVENUE & TAXATION

Distribution:    Original - *Attach to Return*    Duplicate - *To Taxpayer*    Triplicate - *File*    Form **872**

**SENDING REPORT** 

Jul. 28 2000 09:35AM

YOUR LOGO    : REVENUE-AND-TAXATION-AGANA
YOUR FAX NO. : 4751848

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|-----|-----------------|------------|------------|------|-------|--------|
| 01  | 6464487         | Jul. 28 09:34AM | 01'17 | SND | 02 | OK |

TO TURN OFF REPORT, PRESS MENU #04 SET.
THEN SELECT OFF BY USING JOG-DIAL.

FOR FAX ADVANTAGE ASSISTANCE, PLEASE CALL 1-800-HELP-FAX (435-7329).



**Dipåttamenton Kontribusion yan Adu'ånå**
## DEPARTMENT OF
# REVENUE AND TAXATION
**GOVERNMENT OF GUAM** *Gubetnamenton Guåhan*

CARL T.C. GUTIERREZ, Governor / *Maga'låhi*
MADELEINE Z. BORDALLO, Lt. Governor / *Tifiente Gubetnadora*

JOSEPH T. DUENAS, Director / *Direktot*
GEORGE V. CRUZ, Deputy Director
*Sigundo Direktot*

CERTIFIED MAIL Z 179 150 583
04 AUG 2000
SSN:
Form: 1040
Tax Year(s) Ended: 1996
Deficiency(ies): $36,299.00
Penalty(ies): $6,859.80

Ronald P. & Erma K. Marangi
790 N. Marine Drive #886
Tumon, Guam 96911

## NOTICE OF DEFICIENCY

We have determined that there is a deficiency (increase) in your income tax as shown above. I regret we have been unable to reach a satisfactory agreement in your case. This letter is a NOTICE OF DEFICIENCY sent to you as required by law. The enclosed statement shows how we computed the deficiency.

If you do not intend to contest this determination in the U.S. District Court of Guam, please sign and return the enclosed waiver form. This will permit an early assessment of the deficiency and limit the accumulation of interest.

If you decide not to sign and return the waiver, the law requires that after 90 days from the date of this letter (150 days, if this letter is addressed to you outside of Guam), we will assess the deficiency and take action to collect the tax. However, within the time stated, you may contest this determination by filing a petition with the District Court. We may not assess any deficiency for this year until after the District Court has decided your case.

You may obtain a copy of the rules for filing a petition with the District Court by writing to the Clerk of the U.S. District Court of Guam, 6th floor, PNB Building, 238 Archbishop Flores St., Agana, Guam 96910.

If you intend to file a petition with the District Court, you must do so by ___SEP 0 3 2000___ (90 or 150 days, as the case may be); this period is fixed by law, and the District Court cannot consider your case if your petition is filed late.

Sincerely,
JOSEPH T. DUENAS, Director

By: *Veronica Quan*

Veronica S. Quan, Acting Supervisor
Examination Branch

Enclosures:
Examination Report
Statement
Form 870 (Waiver)

Post Office Box 23607, Guam Main Facility, Guam 96921 • Tel. / *Telifon*: (671) 475-1801/1785-89 • Fax / *Faks*: (671) 472-2643

EXHIBIT E

E-1



EXAM

Z 179 150 583

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| | |
|---|---|
| Sent to **RONALD P. & ERMA MARANGI** | |
| Street & Number **790 N. MARINE DR. # 886** | |
| Post Office, State, & ZIP Code **TUMON, GU 96911** | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form 3800, April 1995

E-2



| Form **870** | Department of Revenue & Taxation | Date received by Rev. & Tax |
|---|---|---|
| (Rev. March 1992) | **Waiver of Restrictions on Assessment and Collection of Deficiency in Tax and Acceptance of Overassessment** | |

| Names & Addresses of taxpayer(s) *(Number, street, city or town, state, zip code)* | Social Security or Employer Identification number: |
|---|---|
| Ronald P. & Erma K. Marangi<br>790 N. Marine Drive #886<br>Tumon, GU 96911 | |

### Increase/(Decrease) in Tax and Penalties

| Tax Year Ended | Tax | Penalties | | |
|---|---|---|---|---|
| 1996 | $36,997.00 | GTITC §6662(b)(2) | $6,859.80 | |
| | | | | |
| | | | | |
| | | | | |

### Instructions

#### General Information

If you consent to the assessment of the deficiencies shown in this waiver, please sign and return the form in order to limit any interest charge and expedite the adjustment to your account. Your consent will not prevent you from filing a claim for refund *(after you have paid the tax)* if you later believe you are so entitled. It will not prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for either action.

If you later file a claim and the Department disallows it, you may file suit for refund in the District Court of Guam, but you may not file a petition with the U.S. Tax Court.

We will consider this waiver a valid claim for refund or credit of any overpayment due you resulting from any decrease in tax and penalties shown above, provided you sign and file it within the period established by law for making such a claim.

#### Who Must Sign

If you filed jointly, both you and your spouse must sign. If this waiver is for a corporation, it should be signed with the corporation name, followed by the signatures and titles of the corporate officers authorized to sign. An attorney or agent may sign this waiver provided such action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity *(for example, an executor, administrator, or a trustee)* Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

### Consent to Assessment and Collection

I consent to the immediate assessment and collection of any deficiencies *(increase in tax and penalties)* and accept any overassessment *(decrease in tax and penalties)* shown above, plus any interest provided by law. I understand that by signing this waiver, I will not be able to contest these years in the District Court of Guam, unless additional deficiencies are determined for these years.

| | | |
|---|---|---|
| **Your Signature Here** ➤ | | Date |
| **Spouse's Signature** ➤ | | Date |
| **Taxpayer's Representative Sign Here** ➤ | | Date |
| **Corporate Name** ➤ | | |
| **Corporate Officer(s) Sign Here** ➤ | Title | Date |
| ➤ | Title | Date |

Form **870**



**Dipåttamenton Kontribusion yan Adu'ånå**
DEPARTMENT OF
# REVENUE AND TAXATION
GOVERNMENT OF GUAM    *Gubetnamenton Guåhan*

CARL T.C. GUTIERREZ, Governor / Mega'låhi
JANE Z. BORDALLO, Lt. Governor / Tinente Gubetnadora

JOSEPH T. DUENAS, Director / Direktot
GEORGE V. CRUZ, Deputy Director
*Sigundo Direktot*

Date: August 9, 2000
SS#:
Tax Form(s): 1040
Tax Year: 1996

Ronald P. & Erma K. Marangi
790 N. Marine Drive #886
Tumon, Guam 96911

### Extension To File Petition

Dear Sir and Madam:

On August 4, 2000, we sent you a Notice of Deficiency that determined a deficiency in your income tax for tax year ending December 31, 1996.

If you do not intend to contest this determination in the U.S. District Court of Guam, you must sign and return the enclosed waiver form (form 870).

However, if you do decide to contest this determination and intend to file a petition with the District Court, we are extending the time for you to file by <u>NOV 0 2 2000</u>. The District Court cannot consider your case if your petition is filed after this date. Enclosed you will find a Notice of Deficiency indicating this extension of time.

Sincerely,

JOSEPH T. DUENAS, Director

By: _Veronica S. Quan_
Veronica S. Quan, Acting Supervisor
Examination Branch

Enclosure:
Notice of Deficiency letter

Post Office Box 23607, Guam Main Facility, Guam 96921 ● Tel. / Telifon: (671) 475-1801/1785-89 ● Fax / Faks: (671) 472-2643

**EXHIBIT F**    **F-1**

Case 1:03-cv-00039    Document 12    Filed 12/29/2003    Page 14 of 22

**CARL T.C. GUTIERREZ**, Governor / *Maga'låhi*
___NE Z. BORDALLO, Lt. Governor / *Tiñente Gubetnadora*

# REVENUE AND TAXATION

**JOSEPH T. DUENAS**, Director / *Direktot*
**GEORGE V. CRUZ**, Deputy Director
*Sigundo Direktot*

GOVERNMENT OF GUAM          *Gubetnamenton Guåhan*

CERTIFIED MAIL    Z177 150 563

0 4 AUG 2000

SSN:

Form: 1040

Tax Year(s) Ended: 1996

Deficiency(ies): $36,299.00

Penalty(ies): $6,859.80

Ronald P. & Erma K. Marangi
790 N. Marine Drive #886
Tumon, Guam 96911

## NOTICE OF DEFICIENCY

We have determined that there is a deficiency (increase) in your income tax as shown above. I regret we have been unable to reach a satisfactory agreement in your case. This letter is a NOTICE OF DEFICIENCY sent to you as required by law. The enclosed statement shows how we computed the deficiency.

If you do not intend to contest this determination in the U.S. District Court of Guam, please sign and return the enclosed waiver form. This will permit an early assessment of the deficiency and limit the accumulation of interest.

If you decide not to sign and return the waiver, the law requires that after 90 days from the date of this letter (150 days, if this letter is addressed to you outside of Guam), we will assess the deficiency and take action to collect the tax. However, within the time stated, you may contest this determination by filing a petition with the District Court. We may not assess any deficiency for this year until after the District Court has decided your case.

You may obtain a copy of the rules for filing a petition with the District Court by writing to the Clerk of the U.S. District Court of Guam, 6th floor, PNB Building, 238 Archbishop Flores St., Agana, Guam 96910.

NOV 0 2 2000
~~SEP 0 5 2000~~

If you intend to file a petition with the District Court, you must do so by _____ (90 or 150 days, as the case may be); this period is fixed by law, and the District Court cannot consider your case if your petition is filed late.

Sincerely,
JOSEPH T. DUENAS, Director

By: _____
Veronica S. Quan, Acting Supervisor
Examination Branch

Enclosures:
Examination Report
Statement
Form 870 (Waiver)

Form **2848**

(Rev. December 1997)

Department of the Treasury
Internal Revenue Service

# Power of Attorney
## and Declaration of Representation

▶ See the separate instructions.

OMB No. 1545-0150

RECEIVED
INTERNAL REVENUE SERVICE
Authorization Branch

Date: AUG 10 2000

Initial:

Received by:

Name _____

Telephone _____

Function _____

Date _____ / _____ / _____

## Part I  Power of Attorney (Please type or print.)

**1  Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

Taxpayer name(s) and address

Ronald P. & Emma K. Marangi

790 N. Marine Drive #886

Tumon, Guam 96911

| Social security number(s) | Employer identification number |
|---|---|
| __ __ __ | |
| Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2  Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

Name and address

Robert J. Steffy C.P.A.
210 F.C. Flores Street Suite 100
Agana, Guam 96910

CAF No. ........................................
Telephone No. 477-7829
Fax No. 477-7845
Check if new: Address ☐   Telephone No. ☐

Name and address

CAF No. ........................................
Telephone No. ........................................
Fax No. ........................................
Check if new: Address ☐   Telephone No. ☐

Name and address

CAF No. ........................................
Telephone No. ........................................
Fax No. ........................................
Check if new: Address ☐   Telephone No. ☐

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3  Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income | 1040 | 1996 |
| | | |
| | | |

**4  Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See instruction for Line 4—Specific uses not recorded on CAF.) . . . . . . . . . . ▶ ☐

**5  Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for Line 5—Acts authorized).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ........................................

........................................................................................................

........................................................................................................

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6  Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

For Paperwork Reduction and Privacy Act Notice, see the separate instructions.          Cat. No. 11980J          Form **2848** (Rev. 12-97)

# EXHIBIT G

G-1

**7   Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a   If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

b   If you also want the second representative listed to receive a copy of such notices and communications, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

c   If you do not want any notices or communications sent to your representative(s), check this box . . . . . . ▶ ☐

**8   Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here. . . . . . . . . . . . . ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9   Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| _(signature)_ | 8/8/2000 | |
|---|---|---|
| Signature | Date | Title (if applicable) |

RONALD P. MARANGI

| _(signature)_ | 8/8/2000 | |
|---|---|---|
| Signature | Date | Title (if applicable) |

ERNA K. MARANGI
Print Name

---

**Part II    Declaration of Representative**

Under penalties of perjury, I declare that:

• I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
• I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
• I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
• I am one of the following:
  a   Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
  b   Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  c   Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  d   Officer—a bona fide officer of the taxpayer's organization.
  e   Full-Time Employee—a full-time employee of the taxpayer.
  f   Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  g   Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
  h   Unenrolled Return Preparer—an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation—Insert above letter (a–h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| b | Guam | _(signature)_ | 8/8/00 |
| | | | |
| | | | |

| Form **872**<br>(Rev. August 1988) | Department of Revenue & Taxation<br>**Consent to Extend the Time to Assess Tax** | |

In pursuance of the provisions of existing income tax laws enacted by Section 31 of the Organic Act of Guam,

**Ronald P. & Erma K. Marangi**
*(Name(s))*

taxpayer(s) of      **790 N. Marine Drive #886, Tumon, GU 96911**
*(Number, Street, City or Town, State, Zip Code)*

and the Director of Revenue and Taxation consent and agree to the following:

(1) The amount of any Guam     **Individual Income**     tax due on any return(s) made by
*(Kind of Tax)*

or for the above taxpayer(s) for the period(s) ended     **December 31, 1996**

may be assessed at any time on or before     **December 31, 2001**     . However, if a notice of deficiency
*(Expiration date)*

in tax for any such period(s) is sent to the taxpayer(s) on or before that date, then the time for assessing the tax will be further extended by the number of days the assessment was previously prohibited, plus 60 days.

(2) This Agreement ends on the earlier of the above expiration date or the assessment date of an increase in the above tax that reflects the final determination of tax and the final administrative appeals consideration. An assessment for one period covered by this agreement will not end this agreement for any other period it covers. Some assessments do not reflect a final determination and appeals consideration and therefore will not terminate the agreement before the expiration date. Examples are assessments of: (a) tax under a partial agreement; (b) tax in jeopardy; (c) tax to correct mathematical or clerical errors; (d) tax reported on amended returns; and (e) advance payments. In addition, unassessed payments, such as amounts treated by the Department as cash bonds and advance payments not assessed by the Department will not terminate this agreement before the expiration date.

(3) The taxpayer(s) may file a claim for credit or refund and the Department may credit or refund the tax within six (6) months after this agreement ends.

**(SIGNATURE INSTRUCTIONS ARE ON THE BACK OF THIS FORM)**

**MAKING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.**

YOUR SIGNATURE HERE → _____    _____
*(Date Signed)*

SPOUSE'S SIGNATURE → _____    _____
*(Date Signed)*

TAXPAYER'S REPRESENTATIVE SIGN HERE → *[signature]*    9/10/00
*(Date Signed)*

CORPORATE NAME → _____

CORPORATE OFFICER(S) SIGN HERE → _____ _____
        *(Title)*         *(Date Signed)*

→ _____
        *(Title)*

_____    8/22/00
**JOSEPH T. DUENAS, Director**    *(Date Signed)*
**DEPARTMENT OF REVENUE & TAXATION**

**Distribution:**    Original - *Attach to Return*    Duplicate - *To Taxpayer*    Triplicate - *File*      **Form 872**

* DEPT. OF REVENUE & TAXATION * P.O. Box 23607, GMF, Guam 96921 * Tel: (671)475-1801 * Fax: (671)472-2643 *

**EXHIBIT H**

*Dipåttamenton Kontribasion yan Adu'åná*

DEPARTMENT OF

# REVENUE AND TAXATION

GOVERNMENT OF GUAM     *Gubetnamenton Guåhan*

CARL T.C. GUTIERREZ, Governor / *Maga'låhi*
MADELEINE Z. BORDALLO, Lt. Governor / *Tiñente Gubetnadora*

GEORGE V. CRUZ, Director
*Direktot*
JOHN P. CAMACHO, Acting
*Deputy Director*
*Aktot Segundo Direktot*

CERTIFIED MAIL

DEC 1 9 2001

Ronald P. & Erma K. Marangi
c/o Robert J. Steffy, C.P.A.
210 F.C. Flores Street Suite 100
Agana, Guam  96932

SSN:
Form: 1040
Tax Year(s) Ended: 1996
Deficiency(ies): $46,548.00
Penalty(ies): $8,770.00

7001 1940 0007 5736 8341

## NOTICE OF DEFICIENCY

We have determined that there is a deficiency (increase) in your income tax as shown above. I regret we have been unable to reach a satisfactory agreement in your case. This letter is a NOTICE OF DEFICIENCY sent to you as required by law. The enclosed statement shows how we computed the deficiency.

If you do not intend to contest this determination in the U.S. District Court of Guam, please sign and return the enclosed waiver form. This will permit an early assessment of the deficiency and limit the accumulation of interest.

If you decide not to sign and return the waiver, the law requires that after 90 days from the date of this letter (150 days, if this letter is addressed to you outside of Guam), we will assess the deficiency and take action to collect the tax. However, within the time stated, you may contest this determination by filing a petition with the District Court. We may not assess any deficiency for this year until after the District Court has decided your case.

You may obtain a copy of the rules for filing a petition with the District Court by writing to the Clerk of the U.S. District Court of Guam, 4th floor U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam  96910.

If you intend to file a petition with the District Court, you must do so by  MAR 1 9 2002 (90 or 150 days, as the case may be); this period is fixed by law, and the District Court cannot consider your case if your petition is filed late.

Sincerely,
GEORGE V. CRUZ,  Director

By: _(signature)_

VERONICA S. QUAN, Acting Supervisor
Examination Branch

Enclosures:
Examination Report
Statement
Form 870 (Waiver)

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

**I also wish to receive the following services (for an extra fee):**

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

| 3. Article Addressed to:<br><br>Ronald & Erma Marangi<br>c/o Robert Steffy, C.P.A.<br>210 F.C. Flores Street Suite 100<br>Agana, Guam  96932 | 4a. Article Number<br>7001 1940 0007 5736 8341 |
|---|---|
| | 4b. Service Type<br>☐ Registered ☐ Certified<br>☐ Express Mail ☐ Insured<br>☒ Return Receipt for Merchandise ☐ COD |
| | 7. Date of Delivery<br>12/21/01 |
| 5. Received By: *(Print Name)*<br>Sherrie Sampson | 8. Addressee's Address *(Only if requested and fee is paid)* |
| 6. Signature: *(Addressee or Agent)*<br>X  Sherrie Sampson | |

PS Form **3811**, December 1994

Domestic Return Receipt

*(left margin)* Is your RETURN ADDRESS completed on the reverse side?

*(right margin)* Thank you for using Return Receipt Service.



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee<br>(Endorsement Required) | | Postmark<br>Here |
| Restricted Delivery Fee<br>(Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
Ronald&Erma Marangi   c/o RobertSteffy
Street, Apt. No.;
210 F.C.  Flores Street Suite 100
City, State, ZIP+4
Agana, Guam  96932

PS Form 3800, January 2001          See Reverse for Instructions

7001 1940 0007 5736 8341

UNITED STATES POSTAL SERVICE

|||||

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Print your name, address, and ZIP Code in this box ●

**Department of Revenue and Taxation**
**Examination Branch**
**P.O. Box 23607**
**GMF, Guam   96921**

31

 

| Form **870** | Department of Revenue & Taxation | Date received by |
|---|---|---|
| | **Waiver of Restrictions on Assessment and Collection of** | Rev. & Tax |
| (Rev. March 1992) | **Deficiency in Tax and Acceptance of Overassessment** | |

| Names & Addresses of taxpayer(s) *(Number, street, city or town, state, zip code)* | Social Security or Employer Identification number: |
|---|---|
| Ronald P. & Erma K. Marangi<br>c/o Robert J. Steffy, C.P.A.<br>210 F.C. Flores Street Suite 100<br>Agana, GU 96932 | |

### Increase/(Decrease) in Tax and Penalties

| Tax Year Ended | Tax | Penalties | | |
|---|---|---|---|---|
| 1996 | $46,548.00 | GTITC §6662(b)(2) | $8,770.00 | |
| | | | | |
| | | | | |
| | | | | |

### Instructions

#### General Information

If you consent to the assessment of the deficiencies shown in this waiver, please sign and return the form in order to limit any interest charge and expedite the adjustment to your account. Your consent will not prevent you from filing a claim for refund *(after you have paid the tax)* if you later believe you are so entitled. It will not prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for either action.

If you later file a claim and the Department disallows it, you may file suit for refund in the District Court of Guam, but you may not file a petition with the U.S. Tax Court.

We will consider this waiver a valid claim for refund or credit of any overpayment due you resulting from any decrease in tax and penalties shown above, provided you sign and file it within the period established by law for making such a claim.

#### Who Must Sign

If you filed jointly, both you and your spouse must sign. If this waiver is for a corporation, it should be signed with the corporation name, followed by the signatures and titles of the corporate officers authorized to sign. An attorney or agent may sign this waiver provided such action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity *(for example, an executor, administrator, or a trustee)* Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

### Consent to Assessment and Collection

I consent to the immediate assessment and collection of any deficiencies *(increase in tax and penalties)* and accept any overassessment *(decrease in tax and penalties)* shown above, plus any interest provided by law. I understand that by signing this waiver, I will not be able to contest these years in the District Court of Guam, unless additional deficiencies are determined for these years.

| Your Signature Here ➤ | | Date |
|---|---|---|
| Spouse's Signature ➤ | | Date |
| Taxpayer's Representative Sign Here ➤ | ROBERT J. STEFFY, C.P.A. | Date |
| Corporate Name ➤ | | |
| Corporate Officer(s) Sign Here ➤ | Title | Date |
| | Title | Date |

Form **870**

I - 4