

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam



# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. CIV 03-00039<br><br>**CERTIFICATE OF SERVICE** |

**I, FRANCISCO M. SANTOS,** do hereby certify and declare that on Monday, December 29, 2003 at 2:50 p.m., I personally served the *1) MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION; 2) DECLARATION OF COLLEEN MENO; and 3) DECLARATION OF KENNETH BENAVENTE* to:

> Steve Zamsky, Esq.
> Zamsky Law Firm
> Suite 805, GCIC Building
> 414 W. Soledad Avenue
> Hagåtña, Guam 96910

Page 1
Certificate of Service
Marangi and Marangi vs. Government of Guam
Civil Case No. CIV 03-00039
AG file no. 03.0441

**ORIGINAL**

Case 1:03-cv-00039   Document 14   Filed 12/31/2003   Page 1 of 2

I certify and declare, under penalty of perjury, this 29th day of December, 2003 that the foregoing is true and correct to the best of my knowledge.

_____
FRANCISCO M. SANTOS

Page 2
Certificate of Service
Marangi and Marangi vs. Government of Guam
Civil Case No. CIV 03-00039
AG file no. 03.0441