

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
**Solicitors Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com ● law@mail.justice.gov.gu

Attorneys for the Government of Guam





# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, | CIVIL CASE NO. CIV 03-00039 |
| Plaintiffs, | DEFENDANT GOVERNMENT OF GUAM'S EXHIBIT LIST |
| vs. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

Defendant intends to offer the following exhibits at the hearing on the motion for a preliminary injunction:

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| A | Plaintiffs' Application for Automatic Extension of Time to File U.S. Individual Income Tax Return (1996 Form 4868), filed March 18, 1997. | | |
| B | Notice of Examination, issued on July 11, 2000, from Revenue Agent Colleen S. Meno to plaintiffs. | | |
| C | Letter faxed from plaintiff Ronald P. Marangi to Colleen S. Meno. | | |

Page 1
**Defendant Government of Guam's Exhibit List**
District Court Civil Case CIV 03-00039

F:\Civil Litigation\eheisel\03.0441.P05

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| D | Fax Transmittal Sheet, dated July 28, 2000, from Colleen S. Meno to plaintiff Ronald P. Marangi, with Form 872 (Consent to Extend the Time to Assess Tax), and fax confirmation sheet. | | |
| E | Notice of Deficiency, dated August 4, 2000, from Veronica Quan, Acting Supervisor, Examination Branch, Department of Revenue and Taxation, to plaintiffs, with Receipt for Certified Mail and Form 870 (Waiver of Restrictions on Assessment and Collection of Deficiency in Tax and Acceptance of Overassessment). | | |
| F | Extension to File Petition, dated August 9, 2000, from Veronica S. Quan, Acting Supervisor, Examination Branch, Department of Revenue and Taxation, to plaintiffs, with corrected Notice of Deficiency. | | |
| G | Power of Attorney and Declaration of Representation, signed by plaintiffs and Robert J. Steffy, C.P.A. on August 8, 2000 and submitted to the Department of Revenue and Taxation on August 10, 2000. | | |
| H | Consent to Extend the Time to Assess Tax, signed by Robert J. Steffy on August 10, 2000 on behalf of plaintiffs. | | |
| I | Notice of Deficiency, dated December 19, 2000, from Veronica Quan, Acting Supervisor, Examination Branch, Department of Revenue and Taxation, to plaintiffs, with Certified Mail Receipt and return receipt, with Form 870 (Waiver of Restrictions on Assessment and Collection of Deficiency in Tax and Acceptance of Overassessment). | | |
| J | Portion of Government of Guam Department of Revenue and Taxation Accounts Receivable TY53 Register (Non-BR20), showing plaintiffs' delinquent account. | | |

Page 2
Defendant Government of Guam's Exhibit List
District Court Civil Case CIV 03-00039        F:\Civil Litigation\eheisel\03.0441.P05

Case 1:03-cv-00039   Document 20   Filed 01/08/2004   Page 2 of 4

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| K | Guam Tax Assessment Certificate, Summary Record of Assessment (Income Tax), including assessment of plaintiffs' taxes – dated April 4, 2002. | | |
| L | Government of Guam Journal Voucher for Tax Assessment – dated April 4, 2002. | | |
| M | Statement of Tax Due on Guam Income Tax Return, dated April 4, 2002. | | |
| N | Notice of Taxpayer Delinquent Account, dated April 15, 2002. | | |
| O | Final Notice of Intent to Levy and Notice of Your Right to a Hearing, issued on April 24, 2002 by Revenue Officer Kenneth Benavente to plaintiffs, with collection appeal rights and IRS Publication 594. | | |
| P | Notice of Guam Tax Lien under Guam Territorial Income Tax Laws, dated April 24, 2002, from Maria D. Mesa, Supervisor, Collections Branch, Department of Revenue and Taxation. | | |
| Q | Notice of Levy, dated September 12, 2002, from Collections Branch, Department of Revenue and Taxation, to Merrill Lynch Pierce & Smith, Inc. | | |
| R | Release of Levy/Release of Property from Levy, dated October 17, 2002, from Maria D. Mesa, Supervisor, Collections Branch, Department of Revenue and Taxation. | | |
| S | History Sheet, written by Colleen S. Meno, regarding plaintiffs' tax deficiency. | | |
| T | Memo to file, dated July 2, 2003, from Colleen S. Meno, regarding plaintiffs' case. | | |

Dated January 8, 2004.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

By: _____
ERIC A. HEISEL
Assistant Attorney General, Solicitors Division
**Attorney for Defendant Government of Guam**

Page 3
Defendant Government of Guam's Exhibit List
District Court Civil Case CIV03-00039
Case 1:03-cv-00039  Document 20  Filed 01/08/2004  Page 3 of 4
F:\Civil Litigation\eheisel\03.0441.P05



Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
**Solicitors Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com ● law@mail.justice.gov.gu

Attorneys for the Government of Guam

FILED
DISTRICT COURT OF GUAM
JAN 08 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. CIV 03-00039<br><br>DEFENDANT GOVERNMENT OF GUAM'S WITNESS LIST |

The following are the witnesses that defendant intends to call at the hearing on the motion for a preliminary injunction:

1. Kenneth Benavente.
2. Colleen S. Meno
3. Veronica Quan
4. Nell Gaza

**Dated January 8, 2004.**

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

By: _____
ERIC A. HEISEL
Assistant Attorney General, Solicitors Division
**Attorney for Defendant Government of Guam**

