Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. CIV03-00039<br><br>EXHIBIT LIST OF PLAINTIFFS RONALD P. MARANGI AND ERMA K. MARANGI; DECLARATION OF SERVICE |

Plaintiff Ronald P. Marangi and Erma K. Marangi (hereinafter **"Plaintiffs"**) submit their Exhibit List as follows:

| EXHIBIT | DESCRIPTION | DATED IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1 | 1996 Form 4848 Application for Automatic Extension by Ronald P. Marangi and Erma K. Marangi dated March 18, 1997 | | |
| 2 | Notice of Examination issued by Colleen Meno, as Revenue Agent, Department of Revenue and Taxation dated July 11, 2000 | | |

Page 2
Exhibit List of Plaintiffs Ronald P. Marangi and Erma K. Marangi; Declaration of Service
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

| EXHIBIT | DESCRIPTION | DATED IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 3 | Letter to Colleen Meno from Ronald P. Marangi | | |
| 4 | Notice of Deficiency issued by Veronica S. Quan, as Acting Supervisor, Examination Branch, Department of Revenue and Taxation dated August 4, 2000 | | |
| 5 | Extension to File Petition issued by Veronica S. Quan, as Acting Supervisor, Examination Branch, Department of Revenue and Taxation dated August 9, 2000 | | |
| 6 | Power of Attorney and Declaration of Representative dated August 8, 2000 and signed by Ronald P. Marangi and Erma K. Marangi to Robert J. Steffy, as Representative dated August 10, 2000 | | |
| 7 | Consent to Extend the Time to Assess Tax signed by Robert J. Steffy, as Representative dated August 10, 2000 | | |
| 8 | Notice of Deficiency issued by Veronica S. Quan, as Acting Supervisor, Examination Branch, Department of Revenue and Taxation dated December 19, 2001 | | |

Page 3
Exhibit List of Plaintiffs Ronald P. Marangi and Erma K. Marangi; Declaration of Service
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

| **EXHIBIT** | **DESCRIPTION** | **DATED IDENTIFIED** | **DATE ADMITTED** |
|---|---|---|---|
| 9 | Final Notice - Notice of Intent to Levy and Notice of Your Right to a Hearing issued by Kenneth Benavente, as Revenue Officer, Department of Revenue and Taxation dated April 24, 2002 | | |
| 10 | Notice of Levy issued by Maria D. Mesa, as Supervisor, Collection Branch Department of Revenue and Taxation dated September 12, 2002 | | |
| 11 | Letter to Director of Department of Revenue and Taxation from Ronald P. Marangi dated March 2, 2003 | | |
| 12 | Letter to Director of Department of Revenue and Taxation from Ronald P. Marangi dated June 13, 2003 | | |
| 13 | Facsimile Letter to Paul Terlaje from Stephen H. Flesner, as Program Manager, U.S. Possessions, Internal Revenue Service dated June 19, 2003 | | |

///

///

///

///

Page 4
Exhibit List of Plaintiffs Ronald P. Marangi and Erma K. Marangi; Declaration of Service
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

The required three ring binders with the Exhibits will be lodged with the Court. Plaintiffs anticipate that any exhibit other than the above-identified Exhibits will be used at the hearing.

Dated this **7th** day of **January 2004**.

ZAMSKY LAW FIRM
Attorneys for Plaintiffs
Ronald P. Marangi and Erma K. Marangi

By: _____
STEVEN A. ZAMSKY

Page 5
Exhibit List of Plaintiffs Ronald P. Marangi and Erma K. Marangi; Declaration of Service
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

# DECLARATION OF SERVICE

I, Steven A. Zamsky, hereby declare under penalty of perjury of the laws of the United States, that on the **7th** day of **January 2004**, I caused to be served by hand delivery a true and correct copy of the foregoing **1) Exhibit List of Plaintiffs Ronald P. Marangi and Erma K. Marangi; Declaration of Service; and 2) Exhibits of Plaintiffs Ronald P. Marangi and Erma K. Marangi** upon **Eric A. Heisel, Assistant Attorney General, Litigation Division, Office of the Attorney General of Guam**, Suite 2-200E, Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam USA 96910, **Attorneys for Defendant Government of Guam**.

Dated this **7th** day of **January 2004**.

_____
STEVEN A. ZAMSKY

Z8(0496.00)\PLD\P#2116