# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
### CIVIL MINUTES - GENERAL

**FILED DISTRICT COURT OF GUAM JAN - 9 2003 MARY L. M. MORAN CLERK OF COURT**

**CASE NO. CV-03-00039**  **DATE: 1/09/2004**  **TIME: 10:24 a.m.**

**CAPTION:** RONALD P. MARANGI, et al -vs- GOVERNMENT OF GUAM

***

Courtroom Deputy: Leilani Toves Hernandez  
Court Reporter: Wanda Miles  
Hearing Electronically Recorded: (Run Time: 10:24:34 - 10:32:55)

Law Clerk: K. WALMSLEY  
CSO: F. TENORIO

***************** APPEARANCES *****************

**COUNSEL FOR PLAINTIFF(s):**  
STEVE ZAMSKY

**COUNSEL FOR DEFENDANT(s):**  
ERIC HIEZEL

***

**PROCEEDINGS:**

## MOTION FOR PRELIMINARY INJUNCTION

( ) MOTION(S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT  
( ) MOTION(s) ___ Granted ___ Denied ___ Settled ___ Withdrawn ___ Under Advisement  
( ) ORDER SUBMITTED ___ Approved ___ Disapproved  
( ) ORDER to be Prepared By: _____  
(X) PROCEEDINGS CONTINUED TO: <u>Thursday, January 15, 2004 at 9:30 a.m.</u>

**NOTES:**

<u>The Court instructed parties to provide a one paragraph summary of each witness it plans to call for the hearing no later than 12:00 noon on Tuesday, January 12, 2004.</u>

COURTROOM DEPUTY: _____  
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-03-00039.wpd

END TIME: 10:32 a.m.