Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Ronald P. Marangi and Erma K. Marangi

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. CIV03-00039 <br><br> SUMMARY OF WITNESSES EXPECTED TESTIMONY; DECLARATION OF SERVICE |

**COMES NOW**, Plaintiffs Ronald P. Marangi and Erma K. Marangi (hereinafter "Plaintiffs") and presents the following summary of the expected testimony of the witnesses to be called by the Plaintiff:

1. **Maria Mesa:** Ms. Mesa is an auditor with the Department of Revenue and Taxation. Ms. Mesa was assigned to review Plaintiffs' tax return for the year 1996 in August of 1999. On July 11, 2000, Ms. Mesa sent out a Notice of Examination to Plaintiffs. On July 24, 2000. She received a telephone call from Plaintiff Ronald P. Marangi who informed her that Plaintiffs now live in California and Plaintiffs later sent a letter which also stated that their primary

Page 2
Summary of Witnesses Expected Testimony; Declaration of Service
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

residence was in California. It stated that "we had agreed that he would bring the information in October 2000". Three days later, July 28, 2000, she faxed to Plaintiffs a Form 872 which is a consent to the Extension for time for making an assessment. The time for making assessment was August 5, 2000. That form was never signed. She then finished the Audit which was underway, and prepared the examination changes and the Notice of Deficiency. She delivered the Notice of Deficiency to Ms. Veronica Quan for her review and execution. It was addressed to Plaintiffs' Guam address. She then discussed that Plaintiffs were no longer residents of Guam. She next reviewed the file in Mid-December 2001 and prepared a new Examination Report which increased the deficiency claimed by Defendant and on December 19, 2001 prepared and delivered to Ms. Quan a Notice of Deficiency, addressed to the Plaintiffs in care of Robert Steffy's office. Ms. Mesa says there is nothing in the Department of Revenue and Taxation files which indicate that the Plaintiffs' address is in care of Mr. Steffy's office.

2. **Veronica Quan:** Ms. Quan will testify that she is a Supervisor in the Examination Branch of the Department of Revenue and Taxation. Ms. Quan met with Ms. Colleen Meno on August 4, 2000 and reviewed the changes of the examination, the drafted Notice of Deficiency, and the file. Ms. Quan was aware of Exhibit 3 of Plaintiffs' Exhibits, which is Plaintiff Ronald P. Marangi's letter which stated that they were no longer residents of Guam, but were instead in California. Ms. Quan signed the Notice of Deficiency which was sent to Plaintiffs' Guam address. A few days later that was revised because the time within which to file Petition stated in the first Notice was wrong. Defendant simply crossed out the September 3rd date and substituted

Page 3
Summary of Witnesses Expected Testimony; Declaration of Service
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

it with the November 2nd date and sent it out. It did not contain the summary of examination changes. On or about August 10, 2000 Ms. Quan met with Mr. Robert Steffy who was representing Plaintiffs and who told her that Plaintiffs no longer resided on Guam. On August 8, 2000, Mr. Steffy gave Ms. Quan a Power of Attorney signed by Plaintiffs and appointing Mr. Steffy as their taxpayer representative. On December 19, 2001, Ms. Quan met with Colleen Meno who had a new examination changes form as well as a new draft of a Notice of Deficiency. Ms. Quan signed that Notice which was addressed to the Plaintiffs in care of Mr. Steffy's office. Ms. Quan will testify that there is no designation in the Department of Revenue and Taxation records that Plaintiffs address was in care of Mr. Steffy's office, but that it was their practice to send information and notices only to the taxpayer's representative when a Power of Attorney is filed. Ms. Quan acknowledges that that practice is not in conformity with the express provisions in paragraph 7 of the Power of Attorney. Ms. Quan then sent the file to the Accounting Division of the Department of Revenue and Taxation.

3. **Kenneth Benavente:** Mr. Benavente will testify that he is a Collection Agent for the Department of Revenue and Taxation and was assigned the Plaintiffs' case, that the only information given to him is a one page, approximately 8 ½" x 6" form which has basic information. That he did access the computer and printed out Plaintiffs' 1996 and 2000 tax return. He did note that the year 2000 was the last tax return. He mailed the Final Notice to the post office box address on Guam. That Notice was later returned. He made no inquiry of anybody to determine the Plaintiffs' address. His review of the 2000 tax return revealed the Merrill Lynch account. He later

Page 4
Summary of Witnesses Expected Testimony; Declaration of Service
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

issued a Notice of Levy to Merrill Lynch in New Jersey attempting to Levy Plaintiffs' account with Merrill Lynch. In October 2002 he had a conference call with Plaintiff Ronald P. Marangi and Mr. Robert Steffy. He subsequently released the portion of the Levy which represented penalties and interest. He relied upon the provisions of the IRC §6331 which he believes under the mirror image doctrine gives Guam the authority to Levy property outside of Guam.

4. **Robert Steffy:** Mr. Steffy will testify that he is a Certified Public Accountant with a long time practice on Guam. He was hired by Plaintiffs in early August 2000 to represent Plaintiffs in the audit. In October 2002 he was contacted by Plaintiff Ronald P. Marangi and was informed of the Levy on the Merrill Lynch account. He then had conversations with Mr. Kenneth Benavente, and he supervisor, Maria Mesa. Ms. Mesa indicated that the Levy would be released, however, he was informed a few days later that they would not release the Levy. He subsequently reached an agreement with Defendant that the portion of the Levy that represented penalties and interest would be released. He had no other contact from Defendant concerning the Levy.

Dated this **12th** day of **January 2004**.

ZAMSKY LAW FIRM
**Attorneys for Plaintiffs**
 Ronald P. Marangi and Erma K. Marangi

By: _____
STEVEN A. ZAMSKY

Page 5
Summary of Witnesses Expected Testimony; Declaration of Service
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

# DECLARATION OF SERVICE

I, Steven A. Zamsky, hereby declare under penalty of perjury of the laws of the United States, that on the **12th** day of **January 2004**, I caused to be served by hand delivery a true and correct copy of the foregoing **Summary of Witnesses Expected Testimony; Declaration of Service** upon **Eric A. Heisel, Assistant Attorney General, Litigation Division, Office of the Attorney General of Guam**, Suite 2-200E, Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam USA 96910, **Attorneys for Defendant Government of Guam**.

Dated this **12th** day of **January 2004**.

_____
STEVEN A. ZAMSKY

Z8(0496.00)\PLD\P#2117