Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:    (671) 477-3637
Facsimile :    (671) 472-1584

FILED
DISTRICT COURT OF GUAM

JAN 1 3 2004

MARY L. M. MORAN
CLERK OF COURT

25

Attorneys for Plaintiff Ronald P. Marangi and Erma K. Marangi

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, ) ) ) | CIVIL CASE NO. CIV03-00039 |
| Plaintiffs, ) ) | |
| vs. ) ) ) | SUPPLEMENTAL EXHIBIT LIST OF PLAINTIFFS RONALD P. MARANGI AND ERMA K. MARANGI; DECLARATION OF SERVICE |
| GOVERNMENT OF GUAM, ) ) | |
| Defendant. ) ) | |

Plaintiff Ronald P. Marangi and Erma K. Marangi (hereinafter **"Plaintiffs"**) and supplements their Exhibit List as follows:

| EXHIBIT | DESCRIPTION | DATED IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 14 | Publication No. 594 IRS Collection Process | _____ | _____ |
| 15 | Publication No. 1660 Government of Guam Collection Appeal Rights | _____ | _____ |
| 16 | Publication No. 1660 IRS Collection Appeal Rights | _____ | _____ |

ORIGINAL

Page 2
Supplemental Exhibit List of Plaintiffs Ronald P. Marangi and Erma K. Marangi; Declaration of Service
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

The required three ring binders with the Exhibits will be lodged with the Court. Plaintiffs do not anticipate that any exhibit other than the above-identified Exhibits and the original Exhibit List will be used at the hearing.

Dated this **13th** day of **January 2004**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiffs**
 **Ronald P. Marangi and Erma K. Marangi**

By: _____
 STEVEN A. ZAMSKY

Page 3
Supplemental Exhibit List of Plaintiffs Ronald P. Marangi and Erma K. Marangi; Declaration of Service
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

## DECLARATION OF SERVICE

I, Steven A. Zamsky, hereby declare under penalty of perjury of the laws of the United States, that on the **13th** day of **January 2004**, I caused to be served by hand delivery a true and correct copy of the foregoing **1) Supplemental Exhibit List of Plaintiffs Ronald P. Marangi and Erma K. Marangi; Declaration of Service** upon **Eric A. Heisel, Assistant Attorney General, Litigation Division, Office of the Attorney General of Guam**, Suite 2-200E, Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam USA 96910, **Attorneys for Defendant Government of Guam**.

Dated this **13th** day of **January 2004**.

_____
**STEVEN A. ZAMSKY**

Z8(0496.00)\PLD\P#2118