



**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
**Solicitors Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com ● law@mail.justice.gov.gu

Attorneys for the Government of Guam

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. CIV 03-00039 <br><br> DEFENDANT GOVERNMENT OF GUAM'S SUPPLEMENTAL EXHIBIT LIST |

Defendant supplements its exhibit list, filed herein on January 8, 2004, as follows:

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| U | Return receipt for certified mail for Final Notice of Intent to Levy and Notice of Your Right to a Hearing, dated April 24, 2002 (inadvertently left out as part of Exhibit O). | | |
| V | Notice of Levy, dated July 29, 2002, from Collection Branch, Department of Revenue and Taxation, to Merrill Lynch Pierce & Smith, Inc. in Guam. | | |
| W | Government of Guam, Department of Revenue and Taxation, Collection Branch, Collection Appeal Rights (same as in Exhibit O, except both pages are included in this exhibit). | | |

Page 1
Defendant Government of Guam's Supplemental Exhibit List
District Court Civil Case CIV 03-00039    F:\Civil Litigation\eheisel\03.0441.P09



Case 1:03-cv-00039    Document 29    Filed 01/14/2004    Page 1 of 2

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| X | Internal Revenue Service Publication 594 ("What You Should Know About the IRS Collection Process") (same as in Exhibit O, except all pages of the publication are included in this exhibit). | | |
| Y | Investigation History regarding plaintiffs' case, in Collection Branch file, Department of Revenue and Taxation. | | |
| Z | Letter dated June 4, 1980, from Director of Revenue and Taxation, Government of Guam, to Commander, 3rd Air Force Division, Andersen Air Force Base, with attached letter, dated November 22, 1971, from Deputy Comptroller General of the United States to Assistant Deputy Chief of Staff, Comptroller, Headquarters Strategic Air Command, Offutt Air Force Base, Nebraska. | | |

Dated January 14, 2004.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

By: _____
ERIC A. HEISEL
Assistant Attorney General, Solicitors Division
**Attorney for Defendant Government of Guam**