# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
### CIVIL MINUTES - GENERAL

**FILED**
**DISTRICT COURT OF GUAM**
**JAN 16 2004**
**MARY L. M. MORAN**
**CLERK OF COURT**

(27)

**CASE NO. CV-03-00039**　　　**DATE: 1/15/2004**　　　**TIME: 9:59 a.m.**

**CAPTION:** RONALD P. MARANGI, et al -vs- GOVERNMENT OF GUAM

***

Courtroom Deputy: Leilani Toves Hernandez　　　　　Law Clerk: K. WALMSLEY
Court Reporter: Wanda Miles
Hearing Electronically Recorded: (Run Time: 9:59:58 - 2:42:50)　　CSO: F. TENORIO & J. LIZAMA

************ APPEARANCES ************

**COUNSEL FOR PLAINTIFF(s):**　　　　　　　　**COUNSEL FOR DEFENDANT(s):**

STEVE ZAMSKY　　　　　　　　　　　　　　　　ERIC HIESEL

***

**PROCEEDINGS:**
### CONTINUED MOTION FOR PRELIMINARY INJUNCTION

( ) **MOTION(S) ARGUED BY**　　( ) **PLAINTIFF**　　( ) **DEFENDANT**
( ) **MOTION(s)** ___ Granted ___ Denied ___ Settled ___ Withdrawn ___ Under Advisement
( ) **ORDER SUBMITTED** ___ Approved ___ Disapproved
( ) **ORDER to be Prepared By:** _____
( ) **PROCEEDINGS CONTINUED TO:** _____ at _____

**NOTES:**

Both parties stipulate to the witness exclusion rule. Exhibits marked and admitted and witnesses called and examined (see attached Witness and Exhibit Log).

The Court instructed parties to submit their post hearing briefs in one week and any replies are due two days later.

COURTROOM DEPUTY: [signature]　　　　　　　　　　　　　　　　　　END TIME: 2:42 p.m.
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-03-00039.wpd

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

**RONALD P. MARANGI and ERMA K. MARANGI**
**V.**
**GOVERNMENT OF GUAM**

**EXHIBIT AND WITNESS LIST**

Case Number: CV-03-00039

| PRESIDING JUDGE<br>JOHN S. UNPINGCO | | | PLAINTIFF'S ATTORNEY<br>STEVE ZAMSKY | | DEFENDANT'S ATTORNEY<br>ERIC HIESEL |
|---|---|---|---|---|---|
| HEARING DATE (S)<br>JANUARY 15, 2004 | | | COURT REPORTER<br>WANDA MILES | | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | Mr. Zamsky stipulated to admit all of Plaintiff's Exhibits, except 11, 12, & 13. Mr. Hiesel had no objections - GRANTED |
| | | | | | | Mr. Hiesel stipulated to admit all of Defense Exhibits, A thru Z. Mr. Zamsky had no objections - GRANTED |
| | | | | | | **COLLEEN S. MENO, called and sworn** |
| | | | | | | DX by Mr. Zamsky |
| | | | | | | Witness submitted to the written testimony filed by Mr. Hiesel |
| | | | | | | 10:12:35 End of CX |
| | 4 | | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Deficiency issued by Veronica S. Quan, as Acting Supervisor, Examination Branch, Department of Revenue and Taxation, dated August 4, 2000 |
| | 8 | | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Deficiency issued by Veronica S. Quan, as Acting Supervisor, Examination Branch, Department of Revenue and Taxation, dated December 19, 2001 |
| | | | | | | Witness now called by Defense |
| | | | | | | DX by Mr. Hiesel |
| | | I | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Deficiency, dated December 19, 2000, from Veronica Quan, Acting Supervisor, Examination Branch, Department of Revenue and Taxation, to plaintiff's, with Certified Mail Receipt and return receipt, with Form 870(Waiver of Restrictions on Assessment and Collection of Deficiency in Tax and Acceptance or Overassessment. |
| | | T | 1/15/04 | 1/15/04 | 1/15/04 | Memo to file, dated July 2, 2003, from Colleen S. Meno, regarding plaintiff's case |
| | | | | | | **10:21:26 End of DX** |
| | | | | | | Court examines the witness |
| | | T | 1/15/04 | 1/15/04 | 1/15/04 | Memo to file, dated July 2, 2003, from Colleen S. Meno, regarding plaintiff's case |
| | | | | | | 10:26:20 End of the Court's examination |
| | | | | | | CX by Mr. Zamsky |
| | | | | | | 10:27:45 End of CX |
| | | | | | | 10:27:55 Re-DX by Mr. Hiesel |
| | | I | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Deficiency, dated December 19, 2000, from Veronica Quan, Acting Supervisor, Examination Branch, Department of Revenue and Taxation, to plaintiff's, with Certified Mail Receipt and return receipt, with Form 870(Waiver of Restrictions on Assessment and Collection of Deficiency in Tax and Acceptance or Overassessment. |
| | | | | | | 10:28:49 Witness excused |
| | | | | | | **VERONICA QUAN, called and sworn** |
| | | | | | | Witness submitted to the written testimony filed by Mr. Zamsky |
| | | | | | | DX by Mr. Zamsky |
| | 4 | | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Deficiency issued by Veronica S. Quan, as Acting Supervisor, Examination Branch, Department of Revenue and Taxation, dated August 4, 2000 |

Page -1-

| PRESIDING JUDGE JOHN S. UNPINGCO | | | | | PLAINTIFF'S ATTORNEY STEVE ZAMSKY | DEFENDANT'S ATTORNEY ERIC HIESEL |
|---|---|---|---|---|---|---|
| HEARING DATE(S) JANUARY 15, 2004 | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 8 | | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Deficiency issued by Veronica S. Quan, as Acting Supervisor, Examination Branch, Department of Revenue and Taxation, dated December 19, 2001 |
| | 3 | | 1/15/04 | 1/15/04 | 1/15/04 | Letter to Colleen Meno from Ronald P. Marangi |
| | | | | | | 10:38:50 End of DX |
| | | | | | | CX by Mr. Hiesel |
| | | | | | | 10:39:20 End of CX |
| | | | | | | Court examines the witness |
| | | | | | | Re-DX by Mr. Zamsky |
| | 6 | | 1/15/04 | 1/15/04 | 1/15/04 | Power of Attorney and Declaration of Representation dated August 8, 2000 and signed by Ronald P. Marangi and Erma K. Marangi to Robert J. Steffy as Representative dated August 10, 2000 |
| | 4 | | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Deficiency issued by Veronica S. Quan, as Acting Supervisor, Examination Branch, Department of Revenue and Taxation, dated August 4, 2000 |
| | 5 | | 1/15/04 | 1/15/04 | 1/15/04 | Extension to File Petition issued by Veronica S. Quan, as Acting Supervisor |
| | | | | | | 10:45:24 End of Re-DX |
| | | | | | | 10:45:49 Witness excused |
| | | | | | | **NELL L. GAZA, called and sworn** |
| | | | | | | Witness submitted to the written testimony filed by Mr. Hiesel |
| | | | | | | DX by Mr. Hiesel |
| | | J | 1/15/04 | 1/15/04 | 1/15/04 | Portion of Government of Guam Department of Revenue and Taxation Accounts Receivable TY53 Register (Non-BR20), showing plaintiff's delinquent account. |
| | | K | 1/15/04 | 1/15/04 | 1/15/04 | Guam Tax Assessment Certificate, Summary Record of Assessment (Income Tax), including assessment of plaintiff's taxes - dated April 4, 2002. |
| | | L | 1/15/04 | 1/15/04 | 1/15/04 | Government of Guam Journal Voucher for Tax Assessment - dated April 4, 2002. |
| | | M | 1/15/04 | 1/15/04 | 1/15/04 | Statement of Tax Due on Guam Income Tax Return, dated April 4, 2002. |
| | | N | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Taxpayer Delinquent Accounts, dated April 15, 2002 |
| | | | | | | 10:55:47 End of DX |
| | | | | | | No CX by Mr. Zamsky |
| | | | | | | Court examines the witness |
| | | J | 1/15/04 | 1/15/04 | 1/15/04 | Portion of Government of Guam Department of Revenue and Taxation Accounts Receivable TY53 Register (Non-BR20), showing plaintiff's delinquent account. |
| | | K | 1/15/04 | 1/15/04 | 1/15/04 | Guam Tax Assessment Certificate, Summary Record of Assessment (Income Tax), including assessment of plaintiff's taxes - dated April 4, 2002. |
| | | L | 1/15/04 | 1/15/04 | 1/15/04 | Government of Guam Journal Voucher for Tax Assessment - dated April 4, 2002. |
| | | | | | | 10:59:06 CX by Mr. Zamsky |
| | | I | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Deficiency, dated December 19, 2000, from Veronica Quan, Acting Supervisor, Examination Branch, Department of Revenue and Taxation, to plaintiff's, with Certified Mail Receipt and return receipt, with Form 870(Waiver of Restrictions on Assessment and Collection of Deficiency in Tax and Acceptance or Over assessment. |
| | | | | | | **Parties agree to include a copy of the Income Tax Examination Changes, obtained by the witness, as Plaintiff's Exhibit #17** |
| | 17 | | 1/15/04 | 1/15/04 | 1/15/04 | Income Tax Examination Changes, dated 12/18/01 |
| | | | | | | 11:07:04 Witness excused |
| | | | | | | **ROBERT JOSEPH STEFFY, called and sworn** |
| | | | | | | Witness submitted to the written testimony filed by Mr. Zamsky |
| | | | | | | DX by Mr. Zamsky |
| | | | | | | 11:11:52 End of DX |
| | | | | | | CX by Mr. Hiesel |
| | | G | 1/15/04 | 1/15/04 | 1/15/04 | Power of Attorney and Declaration of Representation, signed by plaintiffs and Robert J. Steffy, C.P.A. on August 8, 2000 and submitted to the Department of Revenue and Taxation on August 10, 2000 |

Page -2-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **PRESIDING JUDGE** JOHN S. UNPINGCO — **PLAINTIFF'S ATTORNEY** STEVE ZAMSKY — **DEFENDANT'S ATTORNEY** ERIC HIESEL |
| | | H | 1/15/04 | 1/15/04 | 1/15/04 | Consent to Extend the Time to Assess Tax, signed by Robert J. Steffy on August 10, 2000 on behalf of plaintiffs. |
| | | I | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Deficiency, dated December 19, 2000, from Veronica Quan, Acting Supervisor, Examination Branch, Department of Revenue and Taxation, to plaintiff's, with Certified Mail Receipt and return receipt, with Form 870(Waiver of Restrictions on Assessment and Collection of Deficiency in Tax and Acceptance or Overassessment |
| | | | | | | 11:24:09 Witness excused |
| | | | | | | **Parties stipulate to the submission of the testimony of** |
| | | | | | | **11:25:58 LUNCH BREAK** |
| | | | | | | **1:11:28 HEARING RESUMES** |
| | | | | | | **KENNETH BENAVENTE, called and sworn** |
| | | | | | | DX by Mr. Zamsky |
| | | M | 1/15/04 | 1/15/04 | 1/15/04 | Statement of Tax Due on Guam Income Tax Return, dated April 4, 2002. |
| | | N | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Taxpayer Delinquent Accounts, dated April 15, 2002 |
| | 9 | | 1/15/04 | 1/15/04 | 1/15/04 | Final Notice - Notice of Intent to Levy and Notice of Your Right to a Hearing issued |
| | 10 | | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Levy issued by Maria D. Mesa, as Supervisor, Collection Branch Department of Revenue and Taxation dated September 12, 2002 |
| | | | | | | *Plaintiff submits a copy of Internal Revenue Code, Rule 63, to be marked as Exhibit #18. Defense had no objections.* |
| | 14 | | 1/15/04 | 1/15/04 | 1/15/04 | Publication No. 594 IRS Collection Process |
| | 15 | | 1/15/04 | 1/15/04 | 1/15/04 | Publication No. 1660 Government of Guam Collection Appeal Rights |
| | 16 | | 1/15/04 | 1/15/04 | 1/15/04 | Publication No. 1660 IRS Collection Appeal Rights |
| | 11 | | 1/15/04 | 1/15/04 | | Letter to Director of Department of Revenue and Taxation from Ronald P. Marangi dated March 2, 2003 |
| | 12 | | 1/15/04 | 1/15/04 | | Letter to Director of Department of Revenue and Taxation from Ronald P. Marangi dated June 13, 2003 |
| | | | | | | 1:38:25 End of DX |
| | | | | | | 1:39:42 CX by Mr. Hiesel |
| | | N | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Taxpayer Delinquent Accounts, dated April 15, 2002 |
| | | O | 1/15/04 | 1/15/04 | 1/15/04 | Final Notice of Intent to Levy and Notice of Your Right to a Hearing, issued on April 24, 2002 by Revenue Officer Kenneth Benavente to plaintiffs, with collection appeal right and IRS Publication 594 |
| | | W | 1/15/04 | 1/15/04 | 1/15/04 | Government of Guam, Department of Revenue and Taxation, Collection Branch, Collection Appeal Rights (same as in Exhibit O, except both pages are in this exhibit) |
| | | X | 1/15/04 | 1/15/04 | 1/15/04 | Internal Revenue Service Publication 594 ("What You Should Know About the IRS Collection Process") (same as in Exhibit O, except all pages of the publication are included in this exhibit) |
| | | U | 1/15/04 | 1/15/04 | 1/15/04 | Return receipt for certified mail for Final Notice of Intent to Levy and Notice of Your Right to a Hearing, dated April 24, 2002 (inadvertently left out as part of Exhibit O) |
| | | P | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Guam Tax Lien under Guam Territorial Income Tax Laws, dated April 24, 2002, from Maria D. Mesa, Supervisor, Collections Branch, Department of Revenue and Taxation |
| | | V | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Levy, dated July 29, 2002, from Collection Branch, Department of Revenue and Taxation, to Merrill Lynch Pierce & Smith, Inc. in Guam |
| | | Q | 1/15/04 | 1/15/04 | 1/15/04 | Notice of Levy, dated September 12, 2002, from Collections Branch, Department of Revenue and Taxation, to Merrill Lynch Pierce & Smith, Inc. |
| | | R | 1/15/04 | 1/15/04 | 1/15/04 | Release of Levy/Release of Property from Levy, dated October 17, 2002, from Maria D. Mesa, Supervisor, Collections Branch, Department of Revenue and Taxation |
| | | Y | 1/15/04 | 1/15/04 | 1/15/04 | Investigation History regarding plaintiffs' case, in Collection Branch file, Department of Revenue and Taxation. |

HEARING DATE(S): JANUARY 15, 2004
COURT REPORTER: WANDA MILES
COURTROOM DEPUTY: LEILANI TOVES HERNANDEZ

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | Z | 1/15/04 | 1/15/04 | 1/15/04 | Letter dated June 4, 1980, from Director of Revenue and Taxation, Government of Guam, to Commander, 3rd Air Force Division, Anderson Air Force Base, with attached letter, dated November 22, 1971, from Deputy Comptroller General of the Untied States to Assistant Deputy Chief of Staff, Comptroller, Headquarter Strategic Air Command, Offutt Air Force Base, Nebraska |
| | | | | | | 2:01:27 End of CX |
| | | | | | | Re-DX by Mr. Zamsky |
| | | | | | | Mr. Zamsky moved to admit Plaintiff's Exhibit #11 |
| | | | | | | Objection by Mr. Hiesel |
| | | | | | | **Objection - Overruled, Exhibit #11 ADMITTED** |
| | | | | | | 2:08:59 End of Re-DX |
| | | | | | | Court examines the witness |
| | 11 | | 1/15/04 | 1/15/04 | 1/15/04 | Letter to Director of Department of Revenue and Taxation from Ronald P. Marangi dated March 2, 2003 |
| | | | | | | 2:17:16 Witness excused |
| | | | | | | 2:21:05 BREAK |
| | | | | | | 2:32:40 HEARING RESUMES |
| | | | | | | 2:33:02 - 2:42:25 CLOSING STATEMENT BY MR. ZAMSKY |
| | | | | | | 2:42:34 - 2:52:34 CLOSING STATEMENT BY MR. HIESEL |
| | | | | | | 2:42:50 End of hearing |

Header info:
- PRESIDING JUDGE: JOHN S. UNPINGCO
- PLAINTIFF'S ATTORNEY: STEVE ZAMSKY
- DEFENDANT'S ATTORNEY: ERIC HIESEL
- HEARING DATE(S): JANUARY 15, 2004
- COURT REPORTER: WANDA MILES
- COURTROOM DEPUTY: LEILANI TOVES HERNANDEZ