Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam



# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | | |
|---|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, | ) ) ) | Civil Case No. CIV 03-00039 |
| Plaintiffs, | ) ) | **CERTIFICATE OF SERVICE** |
| vs. | ) ) ) | |
| GOVERNMENT OF GUAM, | ) ) | |
| Defendant. | ) ) ) | |

I, **FRANCISCO M. SANTOS,** do hereby certify and declare that on Friday, January 23, 2004 at 9:35 a.m., I personally served the ***GOVERNMENT OF GUAM'S SUPPLEMENTAL BRIEF*** to:

Steve Zamsky, Esq.
Zamsky Law Firm
Suite 805, GCIC Building
414 W. Soledad Avenue
Hagåtña, Guam 96910

Page 1
Certificate of Service
Marangi and Marangi vs. Government of Guam
Civil Case No. CIV 03-00039
AG file no. 03.0441

**ORIGINAL**

Case 1:03-cv-00039   Document 33   Filed 01/23/2004   Page 1 of 2

I certify and declare, under penalty of perjury, this 23rd day of January, 2004 that the foregoing is true and correct to the best of my knowledge.

_____
FRANCISCO M. SANTOS

Page 2
Certificate of Service
Marangi and Marangi vs. Government of Guam
Civil Case No. CIV 03-00039
AG file no. 03.0441