

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu
**Attorneys for the Government of Guam**





# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **RONALD P. MARANGI and ERMA K. MARANGI,** | CIVIL CASE NO. 03-00039 |
| Plaintiffs, | |
| vs. | PROOF OF SERVICE |
| **GOVERNMENT OF GUAM,** | |
| Defendant. | |

I, **FRANCISCO M. SANTOS**, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **GOVERNMENT OF GUAM'S REPLY BRIEF** on January 26, 2004 by delivering to:

> Zamsky Law Firm
> Suite 805, GCIC Bldg.
> 414 West Soledad Avenue
> Hagatna, Guam 96910

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 26th day of January 2004.

_____
FRANCISCO M. SANTOS

Page 1