Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:  (671) 477-3637
Facsimile :  (671) 472-1584

Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi



FILED
DISTRICT COURT OF GUAM
JAN 26 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. CIV03-00039<br><br>PLAINTIFFS RONALD P. MARANGI, ET AL.'S REPLY MEMORANDUM TO DEFENDANT GOVERNMENT OF GUAM'S SUPPLEMENTAL BRIEF; DECLARATION OF SERVICE |

**COMES NOW**, Plaintiffs Ronald P. Marangi and Erma K. Marangi (hereinafter "**Plaintiffs**") and files their Reply Memorandum to Defendant Government of Guam's Supplemental Brief as follows:

The case of <u>Virgin Islands Bureau of Internal Revenue v. Chase Manhattan Bank</u>, 312 F.3d 131 (3rd Cir. 2002), makes it clear that the mirror provisions in the U.S.V.I. Organic Act and in Guam's Organic Act require that both the substantive and procedural aspects of the Internal Revenue Code are to be applied to the territories.

ORIGINAL

Page 2
Plaintiffs Ronald P. Marangi, et al.'s Reply Memorandum to Defendant Government of Guam's Supplemental Brief
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

Defendant has neither a Taxpayer Advocate Program nor a Collection Due Process Hearing Program, both of which grant the taxpayer's important protection rights and which are required by the Internal Revenue Code. Neither, of course, did the Department of Revenue and Taxation inform the Plaintiffs of those procedures. All the Notices therefore are a nullity and the Levy is wrongful.

United States v. Ahrens, 530 F.2d 781 (8th Cir. 1976), cited by Defendant is not helpful to it. Although, the taxpayer did not receive the Notice, the court found that it had, in fact, been properly sent to the taxpayer's last known address. It is therefore simply one of many cases which hold that the operative event is the mailing of the Notice by proper mail to the taxpayer's last known address. If that is done and those conditions are met, it is considered to have been properly given. If it is not it is then a nullity. Of course, is it clear that there is nothing in the Defendant's files which reflects that the taxpayers' address to be that of Mr. Robert Steffy.

The case of Commissioner of Internal Revenue v. Stewart, 186 F.2d 239 (6th Cir. 1951), is also one of many cases which hold that even if the taxpayer did not receive the notice, if he in fact timely filed for a redetermination, then since he obviously had actual notice, the failure to properly send or address the notice does not matter.

///

///

///

///

///

Page 3
Plaintiffs Ronald P. Marangi, et al.'s Reply Memorandum to Defendant Government of Guam's Supplemental Brief
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

The review of the tax court opinion in Mulvania v. Commissioner of Internal Revenue, (Tax Ct. 1964) TC Memo. 1984-98, 47 TCM (CCH) 1187 at page 5 and 6 makes it clear that the power of attorney in that case was the IRS Form and that it did not direct the original notices to be sent to the representative. The court therefore ruled in favor of the taxpayer. Just as the case is here and under Mulvania, supra, then the December 19, 2001 Notice is a nullity. That being so, the assessment period expired, at the latest on December 31, 2001 and the assessment entered in March of 2002 was time barred.

The preliminary injunction should issue.

Respectfully submitted this **26th** day of **January 2004**.

> **ZAMSKY LAW FIRM**
> **Attorneys for Plaintiff**
> Ronald P. Marangi and Erma K. Marangi
>
> By: _____
> STEVEN A. ZAMSKY

Page 4
Plaintiffs Ronald P. Marangi, et al.'s Reply Memorandum to Defendant Government of Guam's Supplemental Brief
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

## DECLARATION OF SERVICE

I, Steven A. Zamsky, hereby declare under penalty of perjury of the laws of the United States, that on the **26th** day of **January 2004**, I caused to be served by hand delivery a true and correct copy of the foregoing **Plaintiffs Ronald P. Marangi, et al.'s Reply Memorandum to Defendant Government of Guam's Supplemental Brief; Declaration of Service** upon **Eric A. Heisel, Assistant Attorney General, Litigation Division, Office of the Attorney General of Guam**, Suite 2-200E, Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam USA 96910, **Attorneys for Defendant Government of Guam**.

Dated this **26th** day of **January 2004**.

_____
STEVEN A. ZAMSKY

Z8(0496.00)\PLD\P#2120