
Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI,<br><br>          Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>          Defendant. | Civil Action Case No. CIV03-00039<br><br>**MUTUAL STATEMENT RE: DISAGREEMENT OF SCHEDULING ORDER** |

Pursuant to District Court of Guam, Local Rule of Practice 16.2(b), the plaintiff and defendant in the above-captioned action, through their respective attorneys, hereby indicate that

/ / / / /

/ / / / /

/ / / / /

---

Page 1
*Mutual Statement re: Disagreement of Scheduling Order*
District Court Civil Case No. CIV03-00039

**ORIGINAL**



they have been unable to agree on a scheduling order despite good faith efforts to do so. Attached to this Statement is each party's Proposed Scheduling Order.

Respectfully submitted:

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General**

*[signature]*

JOSEPH A. GUTHRIE
Deputy Attorney General
Attorneys for Defendant

Date: 4/1/04

ZAMSKY LAW FIRM

*[signature]*

STEVEN A. ZAMSKY
Attorneys for Plaintiffs

Date: 4-1-04

Page 2
*Mutual Statement re: Disagreement of Scheduling Order*
District Court Civil Case No. CIV03-00039