AO435
(Rev. 1/90)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

| | FOR COURT USE ONLY |
|---|---|
| | DUE DATE: |

# TRANSCRIPT ORDER

*Read Instructions on Back.*

| 1. NAME Steven A. Zamsky, Esq. ZAMSKY LAW FIRM | 2. PHONE NUMBER (671) 477-3637 | 3. DATE APRIL 06, 2004 |
|---|---|---|

| 4. MAILING ADDRESS Suite 805, GCIC Building 414 West Soledad Avenue | 5. CITY Hagatna | 6. STATE Guam USA | 7. ZIP CODE 96910 |
|---|---|---|---|

| 8. CASE NUMBER CIV03-00039 | 9. JUDICIAL OFFICIAL John S. Unpingco Chief Judge | DATES OF PROCEEDINGS |
|---|---|---|
| | | 10. FROM Jan. 15, 2004    11. TO Jan. 15, 2004 |

| 12. CASE NAME MARANGI, et al. v. GOVERNMENT OF GUAM | LOCATION OF PROCEEDINGS |
|---|---|
| | 13. CITY Hagatna    14. STATE Guam USA |

**15. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☒ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

**FILED**
**DISTRICT COURT OF GUAM**

**APR - 6 2004** RSL

**MARY L. M. MORAN**
**CLERK OF COURT**

| PORTIONS | DATE(S) | PORTION(S) |
|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) |
| ☐ OPENING STATEMENT (Plaintiff) | | |
| ☐ OPENING STATEMENT (Defendant) | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) |
| ☐ CLOSING ARGUMENT (Defendant) | | |
| ☐ OPINION OF COURT | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) |
| ☐ SENTENCING | | Hearing: Preliminary |
| ☐ BAIL HEARING | | Injunction   Jan. 15, 2004 |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL |
|---|---|
| 18. SIGNATURE *[signature]* | PROCESSED BY |
| 19. DATE APRIL 06, 2004 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |
| ORDER RECEIVED   DATE 4/6/04   BY RSL | |
| DEPOSIT PAID | DEPOSIT PAID |
| TRANSCRIPT ORDERED | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE |

(Previous editions of this form may still be used)    ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT    PINK - ORDER COPY

☆ U.S. GPO: 1994-560-605