

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam

FILED
DISTRICT COURT OF GUAM
APR 07 2004
MARY L. M. MORAN
CLERK OF COURT



# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | Civil Action Case No. CIV03-00039 <br><br> ~~PROPOSED~~ SCHEDULING ORDER |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the defendant hereby submit the following scheduling order pursuant to Local Rule 16.2(b), the parties being unable to agree on a scheduling order:

1. The nature of this case is a Complaint for Injunction, Costs of Suit and Damages.

2. The posture of this case is as follows:

   a. The following motions are on file pending resolution: None

b. The following motions have been resolved: Plaintiffs Motion for Preliminary Injunction.

c. Plaintiff has initiated discovery; Defendant has not initiated discovery.

3. All motions to add parties and claims shall be filed before June 25, 2004.

4. All motions to amend pleadings shall be filed on or before June 25, 2004

5. The parties do not agree to the contents of a Discovery Plan; in lieu thereof Defendant states:

a. The Plaintiff has initiated Discovery, but has not made the Pre-discovery Disclosure required by Rule 26(a) Federal Rules of Civil Procedure and District Court Local Rule 26.2; the parties have not agreed on a time for exchange of Pre-discovery Disclosure required under these rules.

b. Defendant intends to propound interrogatories, requests for production and requests for admission prior to the close of discovery.

6. ~~The parties shall appear before the District Court on April 6, 2004 at 3:00 p.m. for the Scheduling Conference.~~

7. The last day to file responses to discovery is May 21, 2004.

8. a. The anticipated discovery motions are, from Defendant's standpoint, not yet known, and will depend on Plaintiff's response to discovery propounded by Defendant. All discovery motions shall be filed on or before May 28, 2004, and heard on or before June 11, 2004.

b. The anticipated dispositive motions are unknown at this time, pending results of discovery. All dispositive motion shall be filed on or before June 25, 2004 and heard on or before July 23, 2004.

9. The prospect for settlement are unknown.

10. The Preliminary Pretrial Conference shall be held on ~~July 30~~ August 3, 2004, at the hour of ~~4:00~~ 3:00 p.m.

11. The parties pretrial materials, discovery material, witness lists, designations and exhibit lists shall be filed on or before August ~~6~~ 10, 2004.

12. The Proposed Pretrial Order shall be filed on or before August ~~6~~ 10, 2004.

13. The Final Pretrial Conference shall be held on August ~~13~~ 17, 2004, at the hour of 4:00 p.m.

14. The Trial shall be held ~~a day during the week of~~ August ~~23~~ 24, 2004, at the hour of 9:00 a.m.

15. The Trial is not a jury trial.

16. It is anticipated to take one day to try this case.

17. The names of the counsel on this case are:

    Plaintiff:    Steven A. Zamsky, Esq.
                  ZAMSKY LAW FIRM
                  Suite 805, GCIC Building
                  414 West Soledad Avenue
                  Hagåtña, Guam USA 96910

    Defendant:    Joseph A. Guthrie
                  Assistant Attorney General
                  OFFICE OF THE ATTORNEY GENERAL OF GUAM
                  Suite 2-200E, Guam Judicial Center
                  120 West O'Brien Drive
                  Hagåtña, Guam USA 96910

18. The parties do wish to submit this case to a settlement conference.

19. The parties present the following suggestions for shortening trial: Stipulation to the authenticity of exhibits.

20. The following issues will also affect the status or management of the case: None are known at this time.

**SO ORDERED** this 7th day of April, 2004.

_____
JOHN S. UNPINGCO
Chief Judge, District Court of Guam

Respectfully submitted:

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General**

_____
JOSEPH A. GUTHRIE
Deputy Attorney General
Attorneys for Defendant

Date: 4/5/04

RECEIVED
APR - 5 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM