Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:   (671) 477-3637
Facsimile :   (671) 472-1584

Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM USA

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. CIV03-00039 <br><br> STIPULATION AND ORDER RE FILING OF FIRST AMENDED COMPLAINT FOR INJUNCTION IN THE ALTERNATIVE, FOR REFUND; DECLARATORY JUDGMENT; COSTS OF SUIT, AND DAMAGES |

**COMES NOW**, Plaintiffs Ronald P. Marangi and Erma K. Marangi (hereinafter **"Plaintiffs"**) and Defendant Government of Guam (hereinafter **"Defendant"**), by and through their undersigned counsel of record and STIPULATE AND AGREE that Plaintiffs be allowed to file their First Amended Complaint For Injunction in the Alternative, for Refund; Declaratory Judgement; Costs of Suit, and Damages.

The parties also agree that Defendant shall have ten (10) days after service for the First Amended Complaint to file its Answer.



Page 2
Stipulation and Order Re Filing of First Amended Complaint for Injunction in the Alternative, for Refund;
Declaratory Judgment; Costs of Suit, and Damages
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

The Parties further agree that Plaintiff shall prepare an Amended Scheduling Order extending the present dates by at least ten (10) days.

Dated this /2 day of **April 2004**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiffs**
**Ronald P. Marangi and Erma K. Marangi**

By: _____
    STEVEN A. ZAMSKY

SO STIPULATED AND AGREED:

**OFFICE OF THE ATTORNEY GENERAL**
**Civil Litigation Division**
**Attorneys for Defendant Government of Guam**

By: _____
    PHILLIP D. ISAAC
    Ass't Deputy Attorney General

Dated: 4/13/04

SO ORDERED this 15th day of **April 2004**.

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

Z8(0496.00)\PLD\P#2169

RECEIVED APR 13 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM