Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM USA

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. CIV03-00039 <br><br> CERTIFICATE OF SERVICE |

I, Steven A. Zamsky, hereby certify that on the **19th** day of **April 2004**, I will caused to served by hand delivery true and correct copies of the following:

1. Stipulation and Order Re Filing of First Amended Complaint for Injunction in the Alternative, for Refund; Declaratory Judgment; Costs of Suit and Damages.

upon **Phillip D. Isaac, Deputy Attorney General, OFFICE OF THE ATTORNEY GENERAL**, Suite 2-200E, Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam USA 96910, **Attorneys for Defendant Government of Guam**.

Dated this **19th** day of **April 2004**.

STEVEN A. ZAMSKY

Z8(0496.00)\PLD\P#2175

ORIGINAL