Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

IN THE DISTRICT COURT OF GUAM
FOR THE DISTRICT OF GUAM USA

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. CIV03-00039<br><br>AMENDED SCHEDULING ORDER; DISCOVERY PLAN |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1 for the District Court of Guam, Plaintiffs Ronald P. Marangi and Erma K. Marangi (hereinafter **"Plaintiffs"**) and Defendant Government of Guam (hereinafter **"Defendant"**) hereby submit the following Amended Scheduling Order pursuant to Local Rule 16.2(b):

1. The nature of this case is a Complaint for Injunction in the Alternative for Refund; Declaratory Judgment; Costs of Suit, and Damages.

2. The posture of this case is as follows:

    a. The following motion s are on file pending resolution: None.



   b. The following motions have been resolved: Plaintiffs Motion for Preliminary Injunction.

   c. Plaintiffs have initiated discovery, Defendant has not initiated discovery.

3. All motions to add parties and claims shall be filed on or before **July 6, 2004**.

4. All motions to amend pleadings shall be filed on or before **July 6, 2004**.

5. The parties agree to the contents of a Discovery Plan attached hereto.

   a. The Plaintiffs have initiated discovery, but has not made the Pre-discovery Disclosures required by Rule 26(a) Federal Rules of Civil Procedure and District Court Local Rule 26.2; the parties have not agreed on a time for exchange of Pre-discovery Disclosure required under these rules.

   b. Defendant intends to propound Interrogatories, Requests for Production and Requests for Admission prior to the close of Discovery.

6. ~~A Scheduling Conference shall be held on May 4, 2004.~~ *[initialed]*

7. The last day to file responses to Discovery is **June 1, 2004**.

8. a. There are no anticipated discovery motions All discovery motions shall be filed on or before **June 7, 2004**, and heard on or before **June 25, 2004**.

   b. The anticipated dispositive motions are unknown at this time, pending results of discovery. All dispositive motions shall be filed on or before **July 6, 2004** and heard on or before **August 13, 2004**.

9. The prospect of settlement is unknown.

10. The parties shall file their trial briefs on or before **August 6, 2004**.

11. The Preliminary Pretrial Conference shall be held on **August 17, 2004**, at the hour of **3:00 o'clock p.m.**.

12. The parties pretrial materials, discovery material, witness lists, designations and exhibit lists shall be filed on or before **August 24, 2004**.

13. The Proposed Pretrial Order shall be filed on or before **August 24, 2004**.

14. The Final Pretrial Conference shall be held on or before **August 31, 2004**, at the hour of **4:00 o'clock p.m.**.

15. The Trial shall be held on **September 7, 2004**, at the hour of **9:00 o'clock a.m.**.

16. The Trial is not a jury trial.

17. It is anticipated to take one (1) day to try this case.

18. The names of the counsel on this case are:

   Plaintiff:   Steven A. Zamsky, Esq.
                ZAMSKY LAW FIRM
                Suite 805, GCIC Building
                414 West Soledad Avenue
                Hagåtña, Guam USA 96910

   Defendant:   Phillip D. Isaac
                Assistant Attorney General
                OFFICE OF THE ATTORNEY GENERAL OF GUAM
                Suite 2-200E, Guam Judicial Center
                120 West O'Brien Drive
                Hagåtña, Guam USA 96910

19. The parties do wish to submit this case to a settlement conference.

20. The parties present the following suggestions for shortening trial: Stipulation to the authenticity of exhibits.

21. The following issues will also affect the status or management of the case: None are known at this time.

SO ORDERED this 20th day of **April 2004**.

**HONORABLE JOHN S. UNPINGCO**
Chief Judge, District Court of Guam

**Respectfully submitted:**

**ZAMSKY LAW FIRM**
Attorneys for Plaintiffs
Ronald P. Marangi and Erma K. Marangi

By:_____
    STEVEN A. ZAMSKY

Dated: 4-19-04

**OFFICE OF THE ATTORNEY GENERAL**
Douglas B. Moylan, Attorney General
Attorneys for Defendant
Government of Guam

By:_____
    PHILLIP D. ISAAC
    Assistant Attorney General

Dated: 4-15-04

RECEIVED APR 19 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM

## DISCOVERY PLAN

1. The disclosures required under Federal Rules of Civil Procedure 26(a) have been completed.

2. It is not possible that expert testimony will be involved.

3. The document exchange required under Local Rule 16.2(a)(1) has been made by Plaintiffs.

4. Depositions have been completed.

5. The pretrial disclosures required by Federal Rules of Civil Procedure 26(a)(3) shall be made on or before **August 24, 2004**.

Z8(0496.00)\PLD\P#2170