Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM USA

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. CIV03-00039<br><br>MOTION FOR SUMMARY JUDGMENT BY PLAINTIFFS RONALD P. MARANGI AND ERMA K. MARANGI |

**COMES NOW**, Plaintiffs Ronald P. Marangi and Erma K. Marangi (hereinafter "Plaintiffs"), by and through their attorneys of record, Steven A. Zamsky, Esq. of the Zamsky Law Firm, and moves this Court for Summary Judgment against Defendant Government of Guam requiring it to release the account of Plaintiffs with Merrill, Lynch, Pierce, Fenner & Smith, Inc. from its Levy, declare the March 26, 2002 assessment void, and award Plaintiffs their attorneys fees and related costs incurred with respect to that Levy and this litigation.

///

///

Page 2
Motion for Summary Judgment by Plaintiffs Ronald P. Marangi and Erma K. Marangi
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

This Motion is supported by the Memorandum of Points and Authorities filed herewith and the papers and pleadings on file.

Dated this **21st** day of **April 2004**.

ZAMSKY LAW FIRM
Attorneys for Plaintiffs
Ronald P. Marangi and Erma K. Marangi

By: *[signature]*
STEVEN A. ZAMSKY

Z8(0496.00)\PLD\P#2172