1  Steven A. Zamsky, Esq.
2  ZAMSKY LAW FIRM
   Suite 805, GCIC Building
3  414 West Soledad Avenue
   Hagåtña, Guam USA 96910
4  Telephone: (671) 477-3637
5  Facsimile : (671) 472-1584

FILED
DISTRICT COURT OF GUAM
APR 2 2 2004
MARY L. M. MORAN
CLERK OF COURT
47

6
7  Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

8
9              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF GUAM USA
10

11  RONALD P. MARANGI             )      CIVIL CASE NO. CIV03-00039
12  and ERMA K. MARANGI,          )
                                  )
13              Plaintiffs,       )
                                  )      AGREEMENT OF HEARING DATE
14      vs.                       )
                                  )
15                                )
   GOVERNMENT OF GUAM,            )
16                                )
                Defendant.        )
17  _____)

18
19      Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

20      1.      I, Steven A. Zamsky, Esq., am the attorney for Plaintiffs Ronald P. Marangi and
21
    Erma K. Marangi (hereinafter **"Plaintiffs"**).
22
        2.      On April 20, 2004 at 3:00 o'clock p.m. I contacted the opposing counsel Phillip D.
23
24  Isaac, Deputy Attorney General and attorneys for Defendant Government of Guam (hereinafter
25  **"Defendant"**) to agree upon a date of oral argument of Plaintiffs' Motion for Summary Judgment
26  filed herewith.
27
28                                              ORIGINAL

3.      We have agreed that said Motion be heard on **May 21, 2004**, at the hour of **10:00 o'clock a.m**.

4.      I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

Dated this **21st** day of **April 2004**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiffs**
**Ronald P. Marangi and Erma K. Marangi**

By: _____
        STEVEN A. ZAMSKY

Z8(0496.00)\PLD\P#2173