

DISTRICT COURT OF GUAM
FILED
APR 3 0 2004
MARY L. M. MORAN
CLERK OF COURT

50

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com ● law@mail.justice.gov.gu
**Attorneys for the Government of Guam**

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, | ) ) ) | CIVIL CASE NO. 03-00039 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **DEFENDANT GOVERNMENT OF GUAM'S REQUEST FOR PRODUCTION TO PLAINTIFFS** |
| GOVERNMENT OF GUAM, | ) ) ) | |
| Defendant. | ) ) ) | |

**TO:    Plaintiffs Ronald P. Marangi and Erma K. Marangi and
        their attorney of record Steven A. Zamsky, Esq.:**

**YOU ARE HEREBY REQUESTED,** pursuant to Rule 34 of the Federal Rules of Civil

Procedure, to make available to the Office of the Attorney General, Civil Litigation Division,

Suite 2-200E, Judicial Center Building, 120 West O'Brien Drive, Agana, Guam within thirty

(30) days of the date upon which you were served with this Request to Produce, the following

described documents.

## INSTRUCTIONS

1. Under Rule 34 of the Federal Rules of Civil Procedure, you are required to produce

the documents as they are kept in the usual course of business or to organize and label them to

correspond with the categories of this request. Accordingly, whenever a document or group of documents is taken out of a file folder, file drawer, file box or notebook, before the same is produced, plaintiffs are requested to attach thereto a copy of the label on the file folder, file drawer, file box or notebook from which the document or group of documents was removed.

2. For each document responsive to this request that is withheld under a claim of privilege or work-product immunity, provide a statement under oath by a person having knowledge setting forth as to each document or portion withheld:

(a)     The number and subject of each paragraph of this request that seeks its production;

(b)     The name and title of the author(s);

(c)     The name and title of each person to whom the document was addressed;

(d)     The name and title of each person to whom a copy of the document was sent;

(e)     The date of the document;

(f)     The number of pages;

(g)     A brief description of the nature and subject matter of the document;

(h)     The identity of each person to whom the document, its contents, or any portion thereof is known or has been disclosed;

(i)     The exact location of the original and each copy as of the date of receipt of this request; and

(j)     If the document is withheld on any ground other than privilege, each basis that plaintiff contends justifies its withholding.

For purposes of this instruction, persons shall be identified by giving their title and business address both at the time the document was generated by or made available to them and at the present, as well as their name and present home address, to the extent known.

3. If you are aware of any document otherwise responsive to these requests, which document is no longer in your custody or control, identify the name and title of the author, the name and title of the addressee, the date of the document, the subject matter of the documents, the last date on which the document was in your control, the person(s) or entity, if any, now in control of the document, all persons who have knowledge of the circumstances surrounding its disposition, and state what knowledge each such person has.

4. If you are aware of any document otherwise responsive to these requests, identify the name and title of the author, the name and title of the addressee, the date of the document, the subject matter of the documents, the last date on which the document was in your control, the person(s) or entity, if any, now in control of the document, all persons who have knowledge of the circumstances surrounding its disposition, and state what knowledge each such person has.

5. Reference to the singular includes the plural and reference to the plural includes the singular.

//

//

//

//

//

//

//

//

6. This production request shall be deemed to be continuing under the provisions of Rule 26(e) of the Federal Rules of Civil Procedure.

The documents you are hereby requested to produce are as follows:

1. All return receipts referenced in that letter dated June 13, 2003 attached as Exhibit "F" to the Affidavit of Ronald P. Marangi in Support of Motion for Preliminary Injunction, said affidavit filed November 26, 2003 in the above-captioned action.

Dated this _30th_ day of _April_, 2004.

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General**

_____
PHILIP ISAAC
Assistant Attorney General
Attorney for Government of Guam

a:\marrangi production\ba