Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

**FILED**
DISTRICT COURT OF GUAM
APR 30 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM USA

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. CIV03-00039<br><br>STIPULATION AND ORDER RE STRIKING ALLEGATIONS |

COMES NOW, Plaintiffs Ronald P. Marangi and Erma K. Marangi (hereinafter "**Plaintiffs**") and Defendant Government of Guam (hereinafter "**Defendant**"), by and through their undersigned counsel, and STIPULATE AND AGREE that the second sentence of paragraph 7 of

///

///

///

///

ORIGINAL

Plaintiffs' First Amended Complaint for Injunction in the Alternative for Refund; Declaratory Judgment; Costs of Suit and Damage shall have a period after the word "mailbox." and the balance of that sentence stricken.

Dated this **29th** day of **April 2004**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiffs**
**Ronald P. Marangi and Erma K. Marangi**

By: _____
STEVEN A. ZAMSKY

**SO STIPULATED AND AGREED:**

**OFFICE OF THE ATTORNEY GENERAL**
**Civil Litigation Division**
**Attorneys for Defendant Government of Guam**

By: _____
PHILLIP D. ISAAC
Assistant Attorney General

Dated: 4/30/04

SO ORDERED this 30th day of **April 2004**.

_____
Chief Judge, District Court of Guam

Z8(0496.00)\PLD\P#2178

RECEIVED
APR 30 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM