

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam



# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. CIV 03-00039<br><br>**ERRATA TO DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Revise Defendant's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment filed May 7, 2004 as follows:

Page ii, line 4, delete "46", substitute "48".

Page 7, line 10, delete "46", substitute "48".

/////

/////

Page 1
*Errata toDefendant's Memorandum of Points and Authorities in Opposition to Motion for Summary Judgment*
Superior Court of Guam
Civil Case No. CIV 03-00039

Lit/PIsaac/Marangi.Errata 03.0441

**ORIGINAL**

Case 1:03-cv-00039    Document 56    Filed 05/10/2004    Page 1 of 2

Dated this 10th day of May, 2004.

OFFICE OF THE ATTORNEY GENERAL
Douglas B. Moylan, Attorney General

By: _____
PHILIP D. ISAAC
Assistant Attorney General, Civil Division
Attorney for Defendant Government of Guam

Page 2
*Errata toDefendant's Memorandum of Points and Authorities in
 Opposition to Motion for Summary Judgment*
Superior Court of Guam
Civil Case No. CIV 03-00039

Lit/PIsaac/Marangi.Errata 03.0441

Case 1:03-cv-00039    Document 56    Filed 05/10/2004    Page 2 of 2