
Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



FILED
DISTRICT COURT OF GUAM
MAY 12 2004
MARY L. M. MORAN
CLERK OF COURT

(54)

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GOVERNMENT OF GUAM,<br><br>　　　　Defendant. | Civil Case No. CIV 03-00039<br><br>**CERTIFICATE OF SERVICE** |

**I, FRANCISCO M. SANTOS,** do hereby certify and declare that on Monday, May 10, 2004, I personally served the *ERRATA TO DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT* to:

> Receptionist at 2:07 p.m.
> Zamsky Law Firm
> Suite 805, GCIC Building
> 414 West Soledad Avenue
> Hagåtña, Guam 96910
Page 1
Certificate of Service
Marangi and Marangi vs. Government of Guam
Civil Case No. CIV 03-00039
AG file no. 03.0441

Secretary at 2:30 p.m.
Department of Revenue & Taxation, Government of Guam
Tiyan Barrigada, Guam USA

I certify and declare, under penalty of perjury, this 12th day of May, 2004 that the foregoing is true and correct to the best of my knowledge.

*[signature]*
**FRANCISCO M. SANTOS**

Page 2
Certificate of Service
Marangi and Marangi vs. Government of Guam
Civil Case No. CIV 03-00039
AG file no. 03.0441