Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584



Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM USA

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. CIV03-00039 <br><br> **CERTIFICATE OF SERVICE** |

I, Steven A. Zamsky, hereby certify that on the **11th** day of **May 2004**, I will caused to served by hand delivery a true and correct copy of the **Stipulation and Order Re Striking Allegations** upon **Phillip D. Isaac**, Assistant Attorney General, **OFFICE OF THE ATTORNEY GENERAL**, Suite 2-200E, Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam USA 96910, **Attorneys for Defendant Government of Guam**.

Dated this **11th** day of **May 2004**.

_____
STEVEN A. ZAMSKY

Z8(0496.00)\PLD\P#2184

**ORIGINAL**

Case 1:03-cv-00039   Document 58   Filed 05/12/2004   Page 1 of 1