
Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM USA

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI,<br><br>    Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant. | CIVIL CASE NO. CIV03-00039<br><br>AFFIDAVIT OF ROBERT STEFFY IN SUPPORT OF PLAINTIFFS RONALD P. MARANGI, ET AL.'S REPLY MEMORANDUM TO DEFENDANT GOVERNMENT OF GUAM'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

GUAM USA        )
            ) ss:
MUNICIPALITY OF HAGÅTÑA )

**ROBERT STEFFY**, first being duly sworn, depose and say as follows:

1. I am over the age of majority, a United States citizen, and a resident of Guam USA.

2. I am a Certified Public Accountant duly authorized to do business in Guam USA.

3. I make this Affidavit in Support of Plaintiffs Ronald P. Marangi and Erma K. Marangi's (hereinafter "**Plaintiffs**") Motion for Summary Judgment and Reply Memorandum and having personal knowledge of all matters set forth herein if called to testify as to said matters I could and would competently do so.

Page 2
Affidavit of Robert Steffy in Support of Plaintiffs Ronald P. Marangi, et al.'s Reply Memorandum to Defendant Government of Guam's Opposition to Motion for Summary Judgment
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

4. At the prior hearing in this case, I saw the December 19, 2001 Notice of Deficiency and its returned receipt, which is Hearing Exhibit "I", at the hearing.

5. I do not recall seeing it at the time it was sent and there is not a copy of it in my file.

6. Consequently, its existence was never communicated by me to the Plaintiffs.

FURTHER THE AFFIANT SAYETH NOT.

Dated this 14th day of **May 2004**.

_____
**ROBERT STEFFY**

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA this 14th day of **May 2004** by **ROBERT STEFFY**.

_____
**NOTARY PUBLIC**

FRANCINE RENEA M. UNCANGCO
NOTARY PUBLIC
In and for Guam U.S.A.
My commission Expires: Sept. 19, 2004
Suite 200, 210 Archbishop. F.C. Flores Street
Hagatna, Guam 96910

Z8(0496.00)\PLD\P#2186