Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM USA

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, | CIVIL CASE NO. CIV03-00039 |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

I, Steven A. Zamsky, hereby certify that on the **14th** day of **May 2004**, I will caused to served by hand delivery a true and correct copies of the following:

1. **Plaintiffs Ronald P. Marangi, et al.'s Reply Memorandum to Defendant Government of Guam's Opposition to Motion for Summary Judgment**

2. **Affidavit of Robert Steffy in Support of Plaintiffs Ronald P. Marangi et al.'s Reply Memorandum to Defendant Government of Guam's Opposition to Motion for Summary Judgment**

**ORIGINAL**

upon **Phillip D. Isaac, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL**, Suite 2-200E, Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam USA 96910, **Attorneys for Defendant Government of Guam**.

Dated this **14th** day of **May 2004**.

_____
STEVEN A. ZAMSKY

Z8(0496.00)\PLD\P#2187