# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
### HONORABLE DEAN D. PREGERSON, DESIGNATED JUDGE
## CIVIL MINUTES - GENERAL

**FILED DISTRICT COURT OF GUAM MAY 21 2004 MARY L. M. MORAN CLERK OF COURT**

**CASE NO. CV-03-00039**    **DATE: 5/21/2004**    **TIME: 10:21 a.m.**

**CAPTION:** RONALD P. MARANGI, et al -vs- GOVERNMENT OF GUAM

***

Courtroom Deputy: Leilani Toves Hernandez      Law Clerk: DAN MURPHY
Court Reporter: Wanda Miles
Hearing Electronically Recorded: (Run Time: 10:21:03 -10:39:08 )      CSO: B. PEREDA

*** APPEARANCES ***

**COUNSEL FOR PLAINTIFF(s):**      **COUNSEL FOR DEFENDANT(s):**

STEVE ZAMSKY      PHILIP ISAAC

**PROCEEDINGS:**

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT
(X) MOTION(s)  __ Granted  __ Denied  __ Settled  __ Withdrawn  _X_ Deferred
( ) ORDER SUBMITTED  __ Approved  __ Disapproved
( ) ORDER to be Prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Parties argued their position on the Court's tentative disposition of the matter.

The Court DEFERRED ruling on the matter and instructed Plaintiff to submit his brief by Monday regarding the Government of Guam releasing the tax levy.

COURTROOM DEPUTY: _____
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-03-00039.wpd

**END TIME:** 10:39 a.m.