

**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
**Solicitors Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com ● law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



FILED
DISTRICT COURT OF GUAM

MAY 25 2004

MARY L. M. MORAN
CLERK OF COURT

60-A

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

RONALD P. MARANGI and
ERMA K. MARANGI,

          Plaintiffs,

          vs.

GOVERNMENT OF GUAM,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. CIV 03-00039

**DEFENDANT'S REPLY TO
SUPPLEMENTAL MEMORANDUM OF
PLAINTIFFS**

Defendant, Government of Guam, subject to leave of court, would reply to that Supplemental Memorandum of plaintiffs filed May 24, 2004 by noting that by paragraph 27 of their First Amended Complaint in this action, wherein plaintiffs allege defendant is not entitled to the tax which is represented by the levy, plaintiffs by this action seek, among other things, an adjudication here of whether or not they owe the money. By the prayer of their First Amended Complaint, plaintiffs seek, as alternative relief, a judgment and order enjoining and directing defendant to reopen the 1996 tax return for audit. Accordingly, authorities cited by

*Page 1*
*Defendant's Reply to Supplemental Memorandum of Plaintiffs*
*District Court of Guam Civil Case No. CIV 03-00039*

Case 1:03-cv-00039    Document 64    Filed 05/25/2004    Page 1 of 2

plaintiffs by their Supplemental Memorandum would appear not supportive of plaintiffs' contention they are entitled to injunctive relief.

Dated this 25th day of May, 2004

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General**

PHILIP D. ISAAC
Special Assistant Attorney General
Solicitors Civil Division
Attorney for Defendant Government of Guam

*Page 2*
*Defendant's Reply to Supplemental Memorandum of Plaintiffs*
*District Court of Guam Civil Case No. CIV 03-00039*

Case 1:03-cv-00039    Document 64    Filed 05/25/2004    Page 2 of 2