

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam





# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendants. | Civil Action Case No. CIV03-00039<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, FRANCISCO M. SANTOS, hereby declare and state as follows:

1. I am the Process Officer for the Attorney General's Office and not an interested party in the above-captioned case.

2. That on May 25, 2004 2:40pm, I served a copy of the Defendant's Reply to Supplemental Memorandum of Plaintiffs, to Steven A. Zamsky, Suite 805, GCIC Building, 414 West Soledad Avenue, Hagatna.

I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct.

Dated: May 25, 2004

_____
FRANCISCO M. SANTOS
Process Officer