

**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
Solicitor's Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com ● law@mail.justice.gov.gu

Attorneys for the Government of Guam



FILED
DISTRICT COURT OF GUAM

JUN 1 6 2004

MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. CIV 03-00039<br><br>**STIPULATION AND ORDER** |

It is hereby stipulated by and between the parties hereto, by counsel, as follows:

1.   In consideration of release by defendant of that certain levy made September 12, 2002 on Merrill, Lynch, Pierce, Fenner & Smith, on assets of plaintiffs, such levy currently in the sum of $43,850.00, effective upon receipt by Merrill, Lynch, Pierce, Fenner & Smith of release of such levy, plaintiffs, and each of them, hereby waive any claims either may have to any refund of taxes paid to the government of Guam for tax years 1996 and 1997, all as provided by that Waiver signed by plaintiffs dated June 7, 2004, copy attached hereto.

Page 1
*Stipulation and Order*
District Court of Guam Civil Case No. CIV 03-00039

Lis/Plsaoc/MarangiStip004.sia


ORIGINAL

2. Defendant having stipulated to release of levy as above provided, plaintiffs need not pay the assessment otherwise required by the court's Order entered in this action on May 26, 2004 and plaintiffs' second cause of action (for a refund) shall be deemed moot.

3. By this stipulation, no party to this action shall be deemed to have waived any right to appeal, and each party reserves the right to appeal, such judgment as may be entered by the court in this action.

**So Stipulated,**

Dated: _June 10_, 2004                    Dated: _June 10_, 2004

OFFICE OF THE ATTORNEY GENERAL           ZAMSKY LAW FIRM
Douglas B. Moylan, Attorney General

By: _____           By: _____
    PHILIP D. ISAAC                          STEVEN A. ZAMSKY
    Special Assistant Attorney General       Attorney for Plaintiffs
    Attorney for Defendant
    Government of Guam

**APPROVED AND SO ORDERED** ___6-15-04___

_____
Judge, District Court of Guam

RECEIVED
JUN 10 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Page 2
*Stipulation and Order*
District Court of Guam Civil Case No. CIV 03-00039                    Lit/PIsaac/Merang/Stip004:sla

## WAIVER

For and in consideration of the agreement by the Department of Revenue & Taxation of the Government of Guam to Release the Levy that it served on Merrill, Lynch, et al. with respect to our account, we, Ronald Marangi, SS# 56 684056 and Erma Marangi, SS# 265 72 8906, contingent upon receipt by Merrill, Lynch, et al. of the Release of Levy and effective upon such receipt waive any claim we may have to a refund of taxes for the 1996 and 1997 tax years.

Dated June 7, 2004.

_____
Ronald Marangi

_____
Erma Marangi

## EXHIBIT "A"