Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiffs Ronald P. Marangi and Erma K. Marangi

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM USA

| | |
|---|---|
| RONALD P. MARANGI and ERMA K. MARANGI, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. CIV03-00039 <br><br> JOINT NOTICE OF SETTLEMENT AND CASE CLOSURE |

COMES NOW, Plaintiffs Ronald P. Marangi and Erma K. Marangi, by and through Steven A. Zamsky, Esq., of the Zamsky Law Firm, their attorneys of record, and Defendant Government

///
///
///
///
///
///

Page 2
Joint Notice of Settlement and Case Closure
Ronald P. Marangi, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV03-00039

of Guam, by and through Phillip D. Isaac, Special Assistant Attorney General, Office of the Attorney General of Guam, its attorney of record and jointly files this Notice of Settlement and this case may be closed.

Dated this 30th day of **July 2004**.

ZAMSKY LAW FIRM
**Attorneys for Plaintiffs**
Ronald P. Marangi and Erma K. Marangi

By: _____
STEVEN A. ZAMSKY

**OFFICE OF THE ATTORNEY GENERAL OF GUAM**
Douglas Moylan, Attorney General
Attorneys for Defendant Government of Guam

By: _____
PHILIP D. ISAAC
**Special Assistant Attorney General**

Dated: July 30, 2004

Z8(0496.00)\PLD\P#2214