DISTRICT COURT OF GUAM

TERRITORY OF GUAM

RONALD P. MARANGI
and ERMA K. MARANGI,

    Plaintiffs,

vs.

GOVERNMENT OF GUAM,

    Defendant.

CIVIL CASE NO. 03-00039

**JUDGMENT**

Judgment is hereby entered in accordance with the following:

    1. Stipulation and Order filed June 16, 2004

    2. Joint Notice of Settlement and Case Closure filed August 2, 2004

Dated this 3rd day of August, 2004, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
    Deputy Clerk

Notice is hereby given that this document was entered on the docket on 08·03·04. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____ 08·03·04
    Deputy Clerk    Date

FILED
DISTRICT COURT OF GUAM
AUG - 3 2004
MARY L. M. MORAN
CLERK OF COURT

Case 1:03-cv-00039    Document 69    Filed 08/03/2004    Page 1 of 1